1 **BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
2 120 Broadway, Suite 300
Santa Monica, California 90401-2386
3 Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
4 Email:    katherine.windler@bryancave.com

5 Attorneys for Madison Realty Capital LP

6

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **LOS ANGELES DIVISION**

| 11 | In re | Case No. 2:10-bk-26188-SB |
|---|---|---|
| 12 | | Chapter 11 |
| 13 | NEVADA STAR, LLC, | **NOTICE OF MOTION PURSUANT TO 28 U.S.C. §§ 1408 AND 1412, TO DISMISS CASE FOR LACK OF VENUE OR, IN THE ALTERNATIVE, TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK** |
| 14 | | |
| 15 | Debtor. | |
| 16 | Tax ID / EIN: 68-0658426 | |
| 17 | | [28 U.S.C. §§ 1408, 1412] |
| 18 | | Date: June 1, 2010 |
| 19 | | Time: 11:00 a.m. |
| 20 | | Place: Courtroom 1575<br>Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
| 21 | | |

22    TO THE HONORABLE SAMUEL BUFFORD, UNITED STATES BANKRUPTCY

23 JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR. AND ITS

24 COUNSEL OF RECORD, AND ALL PARTIES IN INTEREST:

25    PLEASE TAKE NOTICE THAT on June 1, 2010, at 11:00 a.m., or such other time as the

26 Court may permit this matter to be heard, in Courtroom 1575 located at 255 E. Temple Street, Los

27 Angeles, California, secured creditor Madison Realty Capital LP ("Madison Realty") shall move

28

1 this Court for an Order Dismissing Case, or in the Alternative, Transferring Venue pursuant to 28
2 U.S.C. §§ 1408, 1412.

3     This Motion is based on this Notice of Motion and Motion, the Memorandum of Points
4 and Authorities, the Declaration of Brian Shatz, and the Request for Judicial Notice, all filed
5 previously, the papers and records in this case, and any evidence and argument presented at the
6 hearing on this Motion.

7     PLEASE TAKE FURTHER NOTICE any opposition shall be filed and served before the
8 hearing.  The form and substance of any opposition must comply with the applicable Federal
9 Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Central District of
10 California.  In addition, compliance with service under Federal Rule of Bankruptcy Procedure
11 2002 is required.  Failure to file and serve a timely written opposition may result in the Motion
12 being resolved without oral argument and the striking of untimely written opposition.

13     Any party wishing to receive a copy of the papers filed by movant in support of the Motion
14 may obtain them by contacting Katherine Windler at the telephone or address listed in the upper
15 left corner of the first page of this document or by emailing such request to
16 katherine.windler@bryancave.com and copies will be provided to you.

17     Madison Capital holds a first priority security interest in and lien upon Nevada Star, LLC's
18 ("Debtor"), commercial real property located at 114 West 86th Street, New York, NY 10024 (the
19 "Property"), which is a multi-unit dwelling facility in New York.  Madison Capital is an
20 investment fund with private investors and a secured creditor of the Debtor.  The Debtor has listed
21 Madison Capital on its creditor list to receive notice filed in its current bankruptcy case.  *See,*
22 Request For Judicial Notice ("RFJN"), Exhibit 1.  The Debtor has not make payments of real
23 property taxes for the past twelve months.  *See*, Declaration of Brian Shatz ("Shatz Decl., ¶ 11.
24 The Debtor's refusal to use the rents to maintain the Property resulted in the appointment of a
25 receiver prepetition, and the Debtor is believed to be incapable or unwilling to sustain regular
26 payments on the Property or to satisfy the taxes owed on the Property.  As the Debtor's filing
27 makes clear, at least $44,000 is owed to the City of New York for utility services.  *See,* RFJN,
28 Exhibit 1.  The Debtor has insufficient funds to maintain the Property or even pay basic expenses

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1 for habitability for the tenants.  If the Debtor fails to pay normal operating expenses, and utilities
2 are unpaid, then the likelihood is that tenants will leave the property.  As time passes, the value of
3 the property would then decline in relation to the lien held by Madison.  Shatz Decl., ¶ 12.

4       The facts set forth in the separate Memorandum of Points and Authorities and the
5 affidavits filed previously establish that Madison Capital is entitled to immediate relief of
6 dismissal or venue transfer, as the case was filed in violation of final orders depriving Henry
7 Douglas Campbell ("Douglas") of management authority over the Debtor and appointing a judicial
8 receiver as the authorized entity to act on behalf of the Debtor.  The receiver did not authorize the
9 commencement of the instant case.  Moreover, while the guarantor and prior sole member of the
10 Debtor, Claudia Raffone ("Raffone"), resides in California, her residence is not a valid basis on
11 which the Debtor can establish venue in the Central District of California.  Incredibly,
12 Ms. Raffone's residence appears to be the sole nexus of the Debtor to the State of California, and
13 she was previously stripped of her right to take action on behalf of the Debtor.

14       WHEREFORE, Madison Capital prays that the Court enter an order granting it relief from
15 this case by dismissing it for cause or transferring venue to the Southern District of New York and
16 such other relief as deemed appropriate.

Dated:  May 6, 2010                           **BRYAN CAVE LLP**


*/s/ Katherine M. Windler*
Katherine M. Windler
Attorneys for Madison Realty Capital LP

| In re:<br>NAVADA STAR, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO: 10-26188-SB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described as: **NOTICE OF MOTION PURSUANT TO 28 U.S.C. §§ 1408 AND 1412, TO DISMISS CASE FOR LACK OF VENUE OR, IN THE ALTERNATIVE, TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 6, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail**
Honorable Samuel L. Bufford
United States Bankruptcy Court
Central District – Ctrm. 1582
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2010 | Pamela Davis | *Pamela Davis* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>NAVADA STAR, LLC<br>Debtor(s). | CHAPTER: 11<br>CASE NO: 10-26188-SB |
|---|---|

## ADDITIONAL SERVICE INFORMATION
## SERVICE LIST

| **U.S. Mail** | **Electronic Service** |
|---|---|
| **Debtor**<br>Nevada Star, LLC.<br>1401 Claridge Drive<br>Beverly Hills, CA 90210 | |
| **Attorneys for Debtor**<br>Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212-2929 | michael.berger@bankruptcypower.com |
| **Attorneys for Henry Douglas Campbell and Nevada Star, LLC**<br>Michael R. Bush<br>Einig & Bush, LLP<br>420 Lexington Avenue<br>New York, NY 10170 | mbush@cshzlaw.com |
| **Attorneys for U.S. Trustee (LA)**<br>Russell Clementson<br>Office of the U.S. Trustee<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | ustpregion.16.la.ecf@usdoj.gov<br>russell.clementson@usdoj.gov |

SM784116.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**