# United States Bankruptcy Court

## Central District of California

In re  **Nevada Star, LLC**                                                                    ,        Case No. __**2:10-bk-26188**__

                                                      Debtor

                                                                                               Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Claudia Raffone**<br>**1401 Claridge Drive**<br>**Beverly Hills, CA 90210** | **LLC Membership** | **100%** | **Membership Interest** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date__**May 10, 2010**_____                Signature__**/s/ Claudia Raffone**_____
                                                                    **Claudia Raffone**
                                                                    **Managing Member**

        *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Claudia Raffone**
   **Central District of California - Los Angeles Division**
   **Chapter 11 Case Number: 2:10-bk-27683-SB**
   **Judge Samuel Bufford**
   **Filed 05/04/10**
   **Case Pending**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Beverly Hills, California**                    , California.

Dated   **May 10, 2010**

/s/ Claudia Raffone

**Claudia Raffone**
*Debtor*

*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Nevada Star, LLC**

_____,
                                Debtor

Case No. _____**2:10-bk-26188**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 22,000,000.00 | | |
| B - Personal Property | Yes | 7 | 274,634.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,454,738.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 3,737,012.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 22,274,634.32 | | |
| Total Liabilities | | | | 12,191,750.86 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **Nevada Star, LLC** _____ ,

                               Debtor

Case No.    **2:10-bk-26188** _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Nevada Star, LLC**                                                        ,     Case No.    **2:10-bk-26188**
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **114 West 86th Street**<br>**New York, NY 10024**<br>**49 Unit Apartment Complex**<br>**Block: 1216, Lot: 39** | **100% fee simple** | **-** | **22,000,000.00** | **8,454,738.36** |

|  |  |  |
|---|---|---|
| Sub-Total > | **22,000,000.00** | (Total of this page) |
| Total > | **22,000,000.00** |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re    **Nevada Star, LLC**                                                              Case No.    **2:10-bk-26188**
                                                                        ,
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Amy Weinblum Acct # xxx-8086** | - | 1,700.89 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Joy I. Pereths Acct # xxx- 8112** | - | 1,190.91 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Helen Graves Acct # xxx- 2616** | - | 1,784.29 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Julie A. Stevens Acct # xxx- 8148** | - | 1,659.84 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Eda Kalkay Acct # xxx- 8290** | - | 1,574.11 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: David E. Nowak Acct # xxx- 7472** | - | 1,117.11 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Gerhard Teicht Acct # xxx- 2247** | - | 1,111.33 |
| | | **Bank of America CD Escrow Acct for Rent Stabilized Tenant: Michael Veissid Acct # xxx- 8154** | - | 1,143.82 |

Sub-Total >        **11,282.30**
(Total of this page)

__6__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nevada Star, LLC**                                          ,          Case No.    **2:10-bk-26188**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Joseph Getz**<br>**Acct # xxx- 8031** | - | 0.14 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Meredith Hawkins**<br>**Acct # xxx- 7838** | - | 2,208.78 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Gloria Mehler**<br>**Acct # xxx- 7883** | - | 0.30 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Sandra Pettit**<br>**Acct # xxx- 7964** | - | 1,339.08 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Peter Salwen**<br>**Acct # xxx- 7715** | - | 1,244.27 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Doris E. Fine**<br>**Acct # xxx- 8012** | - | 1,305.48 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Jill Bishins**<br>**Acct # xxx- 2977** | - | 1,440.62 |
| | | **Bank of America CD**<br>**Escrow Acct for Rent Stabilized Tenant: Wendy Caplin**<br>**Acct # xxx- 2553** | - | 1,537.30 |
| | | **Bank of America - Business Savings**<br>**Acct # xxx- 4145** | - | 2.39 |
| | | **Bank of America Escrow Account Containing Security Deposit**<br>**Tenant's Name: Zoraya Aquilar**<br>**Acct # xxx- 9578** | - | 851.55 |

Sub-Total >          **9,929.91**
(Total of this page)

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nevada Star, LLC**                                                    ,    Case No.    **2:10-bk-26188**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Renee Suarez-Barrio Acct # xxx- 9675 | - | 662.89 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Robert Anderson Acct # xxx- 9659 | - | 931.76 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Leon Vessid Acct # xxx- 9688 | - | 934.95 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Kenneth Lockhart Acct # xxx- 9581 | - | 1,000.25 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Donald German Acct # xxx- 9662 | - | 601.24 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Bernard Schieber Acct # xxx- 9565 | - | 881.02 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: William Blanchard Acct # xxx- 9594 | - | 759.92 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Robert Briggs Acct # xxx- 9617 | - | 863.75 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Susan E. Roth Acct # xxx- 9633 | - | 601.97 |
| | | Bank of America Escrow Account Containing Security Deposit Tenant's Name: Gary Filsinger Acct # xxx- 9646 | - | 736.72 |

Sub-Total >    **7,974.47**
(Total of this page)

Sheet __2__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nevada Star, LLC**                                                    ,    Case No.    **2:10-bk-26188**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bank of America Escrow Account Containing Security Deposit Tenant's Name: Minnie Goka Acct # xxx- 9691** | - | 750.10 |
| | | **Bank of America Escrow Account Containing Security Deposit Tenant's Name: Myron Brender Acct # xxx- 9620** | - | 947.54 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Stove and Fridge in all 49 units ($24,500); Brass Nozzle for fire hoses on every floor ($3,750); Washing Machine and Dryer in basement ($750); Exterior light fixtures ($500); Building Awning ($500); Wrought Iron Fence ($1,000)** | - | 31,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Sub-Total >        32,697.64
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nevada Star, LLC**                                    ,    Case No.    **2:10-bk-26188**
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | John Schreiber - Tenant in unit 11B has not paid rent in nearly 4 years | - | 100,000.00 |
| | | Eric Poullian - Tenant in 16C owes 8 months rent | - | 16,000.00 |
| | | Gerhart Teicht - Tenant in unit 2C owes 7 months rent | - | 8,000.00 |
| | | Michael Musante and Linda Solie - Former tenant in unit 15C who broke lease Father Gerard J. Musante is personal guarantor | - | 25,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    149,000.00
(Total of this page)

Sheet   **4**   of   **6**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nevada Star, LLC**                                  ,        Case No.    **2:10-bk-26188**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1,000 gallon #6 fuel oil supply for heating ($2,000); Water Tower ($60,000); Cleaning Equipment ($500); Garbage Cans ($500); Misc. Tools ($750)** | - | 63,750.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    63,750.00
(Total of this page)

Sheet  **5**  of  **6**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nevada Star, LLC**_____,    Case No.    **2:10-bk-26188**_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 274,634.32 |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Nevada Star, LLC**                                                                  Case No.  **2:10-bk-26188**
                                                                                  ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xD: 156**<br><br>**Madison Realty Capital, L.P.**<br>**825 Third Avenue, 37th Floor**<br>**New York, NY 10022** | X | - | **09/23/2008**<br>**First Mortgage**<br>**114 West 86th Street**<br>**New York, NY 10024**<br>**49 Unit Apartment Complex**<br>**Block: 1216, Lot: 39** | | | | | |
| | | | Value $            22,000,000.00 | | | | 8,000,000.00 | 0.00 |
| Account No. **Nevada Star LLC**<br><br>**NYC Department of Finance**<br>**PO Box 92**<br>**New York, NY 10008** | | - | **2008-2009**<br>**Property Taxes**<br>**114 West 86th Street**<br>**New York, NY 10024**<br>**49 Unit Apartment Complex**<br>**Block: 1216, Lot: 39** | | | | | |
| | | | Value $            22,000,000.00 | | | | 426,134.92 | 0.00 |
| Account No. **Nevada Star, LLC**<br><br>**Ponichtera Contracting**<br>**6 Driftwood Drive**<br>**Parlin, NJ 08859** | | - | **07/2009**<br>**Mechanic's Lien**<br>**114 West 86th Street**<br>**New York, NY 10024**<br>**49 Unit Apartment Complex**<br>**Block: 1216, Lot: 39** | | | X | | |
| | | | Value $            22,000,000.00 | | | | 21,000.00 | 0.00 |
| Account No. **Nevada Star, LLC**<br><br>**PS Marcato Elevator Company**<br>**44-11 11th Street**<br>**Long Island City, NY 11101** | | - | **02/2010**<br>**Mechanic's Lien**<br>**114 West 86th Street**<br>**New York, NY 10024**<br>**49 Unit Apartment Complex**<br>**Block: 1216, Lot: 39** | X | X | X | | |
| | | | Value $            22,000,000.00 | | | | 7,603.44 | 0.00 |

**0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | 8,454,738.36 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 8,454,738.36 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    __Nevada Star, LLC_____    ,    Case No.    __2:10-bk-26188_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Nevada Star, LLC**                                         ,    Case No.    **2:10-bk-26188**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Nevada Star**<br><br>**Altman Electric**<br>**283 West 11th Street**<br>**New York, NY 10014** | - | | **2009**<br>**Electrician** | | | | 4,297.07 |
| Account No. **Nevada Star, LLC**<br><br>**Beys Stein & Mobargha LLP**<br>**900 Broadway**<br>**Suite 801**<br>**New York, NY 10003** | - | | **03/2010**<br>**Law firm hired after Casey Ciklin Lubitz Martens & O'Connell withdrew in Florida probate matter.  Hired after Judgment in place.** | | | X | 95,762.26 |
| Account No. **Nevada Star, LLC**<br><br>**Brian M. O' Connell, P.A.**<br>**Casey Ciklin Lubitz Martens OConnel**<br>**515 N. Flagler Drive, Suite 1900**<br>**West Palm Beach, FL 33401** | - | | **09/2009-02/2010**<br>**Law firm hired after Fox Rothschild withdrew as counsel in Florida probate matter** | | | X | 261,881.85 |
| Account No. **xxxxx-xxxx-xxx4704**<br><br>**Broadway Premium Funding**<br>**Schmutter, Strull, Fleisch Inc.**<br>**80 Maiden Lane**<br>**New York, NY 10038** | - | | **2009**<br>**Insurance** | | | | 2,264.96 |

__3__   continuation sheets attached

Subtotal
(Total of this page)                            **364,206.14**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                S/N:24271-100426   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nevada Star, LLC**                               ,        Case No.    **2:10-bk-26188**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx.000T**<br><br>**Caler, Donten, Levine, Porter, Veil**<br>**505 S. Flagler Drive, Suite 900**<br>**West Palm Beach, FL 33401** | - | | | | **08/2009-10/2009**<br>**Accountant** | | | | 22,148.25 |
| Account No. **xxxx3000**<br><br>**Castle Oil Corporation**<br>**440 Mamaroneck Avenue**<br>**Harrison, NY 10528** | - | | | | **02/2010**<br>**Heating** | | | | 27,151.84 |
| Account No. **xxxxxx-0909**<br><br>**Chase**<br>**National Payment Services**<br>**PO Box 182223**<br>**Dept. OH1-1272**<br>**Columbus, OH 43218** | - | | | | **01/2010**<br>**Bank fees** | | | | 2,718.12 |
| Account No. **Nevada Star**<br><br>**Consolidated Boiler Service**<br>**1416 Ferris Place**<br>**Bronx, NY 10461** | - | | | | **2009**<br>**Boiler maintenance** | | | | 1,404.49 |
| Account No. **Nevada Star, LLC**<br><br>**Fox Rothschild LLP**<br>**2000 Market Street, 10th Floor**<br>**Philadelphia, PA 19103** | - | | | | **04/2009-09/2009**<br>**Law firm representing Debtor in Probate matter in Florida** | | | X | 770,000.00 |

| Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 823,422.70 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nevada Star, LLC**                                              ,      Case No.   **2:10-bk-26188**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Nevada Star**<br><br>**Fred Smith Plumbing and Heating Co.**<br>**1674 First Avenue**<br>**New York, NY 10128** | - | | 11/2009<br>**Plumbing service** | | | | 3,749.44 |
| Account No. **Nevada Star, LLC**<br><br>**Henry Douglas Campbell**<br>**c/o Ann Burke-Spalding**<br>**Gunster, Yoakley & Stewart, P.A.**<br>**450 E. Las Olas Blvd., Suite 1400**<br>**Fort Lauderdale, FL 33301** | X | - | 02/05/10<br>**Judgment and attorney fees awarded to Henry Douglas Campbell** | | | X | 2,322,827.00 |
| Account No. **xxxxxxxxxxxxxxx xxXXMB**<br><br>**Jay Jacknin**<br>**Christiansen & Jacknin**<br>**1555 Palm Beach Lakes Blvd.**<br>**Suite 1010**<br>**West Palm Beach, FL 33401** | | - | 09/2009-01/2010<br>**Attorney hired to represent Nevada Star, LLC in Florida probate matter.** | | | X | 70,000.00 |
| Account No. **xxxxxxxx1001**<br><br>**NYC Dept. of Environmental Prtctn.**<br>**c/o NYC Water Board**<br>**PO Box 410**<br>**Church Street Station**<br>**New York, NY 10008** | | - | 2009<br>**Water and Sewer Bill** | | | | 44,508.79 |
| Account No. **Nevada Star**<br><br>**Porcelain Refinishing Corp.**<br>**199-05 32nd Avenue**<br>**Flushing, NY 11358** | | - | 09/2009<br>**Building repairs and maintenance** | | | | 2,571.56 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,443,656.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nevada Star, LLC** _____ ,   Case No. ___**2:10-bk-26188**___
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Nevada Star**<br><br>**Rick Kramer Architects**<br>**12 Palisade Street**<br>**Dobbs Ferry, NY 10522** | - | | **2009**<br>**Architect** | | | | **5,122.50** |
| Account No. **Nevada Star, LLC**<br><br>**Rosenberg & Estis, PC**<br>**733 Third Avenue**<br>**New York, NY 10017** | - | | **04/2009**<br>**Attorney Fees re Florida Probate matter.** | | | X | **75,000.00** |
| Account No. **xxxxxxxxxx xx7748**<br><br>**Verizon**<br>**PO Box 1100**<br>**Albany, NY 12250** | - | | **02/2010**<br>**Phone bill for building** | | | | **194.46** |
| Account No. **Nevada Star**<br><br>**Vernon & Ginsberg**<br>**261 Madison Avenue, 26th Floor**<br>**New York, NY 10016** | - | | **2010**<br>**Real Estate Attorney** | | | | **25,409.91** |
| Account No. | | | | | | | |

Sheet no. __**3**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **105,726.87** |
| Total<br>(Report on Summary of Schedules) | | **3,737,012.50** |

B6G (Official Form 6G) (12/07)

.

In re    **Nevada Star, LLC**                                                      ,    Case No.    **2:10-bk-26188**
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alfred & Claudia Arioli**<br>**114 W. 86th St., Unit 8B**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Amy Weinblum**<br>**114 W. 86th St., Unit 6C**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Barbara Lee**<br>**114 W. 86th St., Unit 9C**<br>**New York, NY 10024** | Debtor is the lessor in lease ending on 07/31/10. |
| **Bernard Schieber**<br>**114 W. 86th St., Unit 3A**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Claudia Raffone**<br>**114 W. 86th St., Unit PH**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Donald German**<br>**114 W. 86th St., Unit 7C**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Doris Fine**<br>**114 W. 86th St., Unit 14C**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Eric Poullian**<br>**114 W. 86th St., Unit 16C**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Ferit Hoxha**<br>**114 W. 86th St., Unit 14A**<br>**New York, NY 10024** | Debtor is the lessor in lease ending 07/31/11 |
| **Gary Filsinger**<br>**114 W. 86th St., Unit 1A**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Gerhart Teicht**<br>**114 W. 86th St., Unit 2C**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |
| **Gloria Mehler**<br>**114 W. 86th St., Unit 2A**<br>**New York, NY 10024** | Debtor is the lessor in a month-to-month lease |

**3**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Nevada Star, LLC**                                                    ,    Case No.    **2:10-bk-26188**
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Helen Cole Graves**<br>**114 W. 86th St., Unit 10A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Jill Bishins**<br>**114 W. 86th St., Unit 17C**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **John Schreiber**<br>**114 W. 86th St., Unit 11B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Jordan Getz**<br>**114 W. 86th St., Unit 11A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Joy Pereths**<br>**114 W. 86th St., Unit 7A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Julie Stevens**<br>**114 W. 86th St., Unit 15A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Kenneth Lockhart**<br>**114 W. 86th St., Unit 7B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Kristen Gengaro**<br>**114 W. 86th St., Unit 5B**<br>**New York, NY 10024** | **Debtor is the lessor in a lease ending 05/31/10** |
| **Krzysztof Mitkiewicz**<br>**114 W. 86th St., Unit 14B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Larry Kahn & Wendy Caplin**<br>**114 W. 86th St., Unit 12A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Leon Veissid**<br>**114 W. 86th St., Unit 15B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Meredith Hawkins**<br>**114 W. 86th St., Unit 5A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Michael Veissid**<br>**114 W. 86th St., Unit 16A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Nevada Star, LLC**                                                    ,    Case No.    **2:10-bk-26188**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Minnie Goka**<br>**114 W. 86th St., Unit 16B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Myron Brender**<br>**114 W. 86th St., Unit 17B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Nancy Kazanjian**<br>**114 W. 86th St., Unit 2B**<br>**New York, NY 10024** | **Debtor is the lessor in a lease ending 06/30/10** |
| **Peter Salwen**<br>**114 W. 86th St., Unit 4A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **PS Marcato Elevator Company**<br>**44-11 11th Street**<br>**Long Island City, NY 11101** | **Month-to-Month Contract for regular elevator maintenance and emergency repairs** |
| **Rene Suarez-Barrio**<br>**114 W. 86th St., Unit 3C**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Robert Anderson**<br>**114 W. 86th St., Unit 6A**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Robert Ankner**<br>**114 W. 86th St., Unit 11C**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Robert Briggs**<br>**114 W. 86th St., Unit 1C**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Sandra Pettit**<br>**114 W. 86th St., Unit 1B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Shannon Ostrower &Cristina Lombardo**<br>**114 W. 86th St., Unit 9A**<br>**New York, NY 10024** | **Debtor is the lessor in a lease ending 08/31/10** |
| **Steven Eidelberg**<br>**114 W. 86th St., Unit 10C**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Steven Kavee**<br>**114 W. 86th St., Unit 12B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |

Sheet    **2**    of    **3**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Nevada Star, LLC**                                                          ,     Case No.     **2:10-bk-26188**

                                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Susan Roth**<br>**114 W. 86th St., Unit 8C**<br>**New York, NY 10024** | **Debtor is the lessor in a lease ending 05/31/10** |
| **Terminix International Pest Control**<br>**860 Ridge Lake Blvd.**<br>**Memphis, TN 38120** | **Month-to-Month Contract for Pest Control Services** |
| **Timothy & Alison Mainardi**<br>**114 W. 86th St., Unit 8A**<br>**New York, NY 10024** | **Debtor is the lessor in a lease ending 5/31/11** |
| **William Blanchard & Raymond DeBaene**<br>**114 W. 86th St., Unit 10B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |
| **Zoraya Aquilar**<br>**114 W. 86th St., Unit 9B**<br>**New York, NY 10024** | **Debtor is the lessor in a month-to-month lease** |

Sheet     **3**     of     **3**     continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Nevada Star, LLC**                                                                                    Case No.    **2:10-bk-26188**
                                                                                    ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Claudia Raffone**<br>**1401 Claridge Drive**<br>**Beverly Hills, CA 90210** | **Madison Realty Capital, L.P.**<br>**825 Third Avenue, 37th Floor**<br>**New York, NY 10022** |
| **Claudia Raffone**<br>**1401 Claridge Drive**<br>**Beverly Hills, CA 90210** | **Henry Douglas Campbell**<br>**c/o Ann Burke-Spalding**<br>**Gunster, Yoakley & Stewart, P.A.**<br>**450 E. Las Olas Blvd., Suite 1400**<br>**Fort Lauderdale, FL 33301** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Nevada Star, LLC**                        Case No.    **2:10-bk-26188**

                                      Debtor(s)                 Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **21**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 10, 2010**                        Signature    **/s/ Claudia Raffone**

                                                        **Claudia Raffone**

                                                         **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re   **Nevada Star, LLC**

_____  Case No.   **2:10-bk-26188**

Debtor(s)                        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$241,002.83** | **2010 YTD: Rental Income from Real Property** |
| **$910,000.00** | **2009: Rental Income from Real Property** |
| **$803,006.00** | **2008: Rental Income from Real Property** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Minuit Partners**<br>**900 Broadway, 8th Floor**<br>**New York, NY 10003** | **Unknown** | **$10,000.00** | **$0.00** |
| **PS Marcato Elevator Company**<br>**44-11 11th Street**<br>**Long Island City, NY 11101** | **Unknown** | **$6,500.00** | **$1,000.00** |
| **David Lumaj**<br>**114 West 86th Street**<br>**New York, NY 10024** | **Unknown** | **$6,000.00** | **$0.00** |
| **Vjollca Lumaj**<br>**114 West 86th Street**<br>**New York, NY 10024** | **Unknown** | **$11,000.00** | **$0.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **In Re: Estate of Traute**<br>**Raffone**<br>**Case No.:**<br>**502008CP000346XXXXMB** | **Civil - Probate** | **Circuit Court of the 15th**<br>**Judicial Circuit**<br>**Palm Beach County, Florida** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Consolidated Edison Company of New York vs. Claudia Raffone Case No.: 400083-10** | **Collection** | **Civil Court of the City of New York** **County of New York** | **Pending** |

| None ☐ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Henry Douglas Campbell c/o Ann Burke-Spalding Gunster, Yoakley & Stewart, P.A. 450 E. Las Olas Blvd., Suite 1400 Fort Lauderdale, FL 33301** | **03/2010** | **Hold on all Bank of America accounts listed under Schedule B** |

#### 5. Repossessions, foreclosures and returns

| None ■ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

| None ☐ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Minuit Partners 900 Broadway, 8th Floor New York, NY 10003** | **03/2010** | **Assigned to collect rents and pay maintenance and operation of the building located at 114 W. 86th Street, New York, New York.  Ordered by Judge Sherwood - Supreme Court of the State of New York.** |

| None ☐ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Minuit Partners 900 Broadway, 8th Floor New York, NY 10003** | **Supreme Court of the State of New York** | **03/2010** | **Rents collected from property located at 114 West 86th Street, New York, NY** |

4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929** | **04/27/2010** | **$23,961.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank**<br>**OH1-1188**<br>**340 S. Cleveland Ave., Bldg 370**<br>**Westerville, OH 43081** | **Checking account ending in 0909** | **-$2,718.12**<br>**03/2010** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **114 W. 86th Street, PH**<br>**New York, NY 10024** | **Nevada Star, LLC** | **2007-2009** |
| **PO Box 2589**<br>**Palm Beach, FL 33480** | **Nevada Star, LLC** | **2009-2010** |

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Caler, Donten, Levine, Porter, Veil**<br>**505 S. Flagler Drive, Suite 900**<br>**West Palm Beach, FL 33401** | **2007-Present** |

None
■  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Caler, Donten, Levine, Porter, Veil** | **505 S. Flagler Drive, Suite 900**<br>**West Palm Beach, FL 33401** |
| **Minuit Partners** | **900 Broadway, 8th Floor**<br>**New York, NY 10003** |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

8

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Claudia Raffone**<br>**1401 Claridge Drive**<br>**Beverly Hills, CA 90212** | **Managing Member** | **100% Membership interest** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **May 10, 2010**                    Signature    **/s/ Claudia Raffone**

                                                               **Claudia Raffone**

                                                                **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                          1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| In re<br><br>**Nevada Star, LLC**<br><br><div align="right">Debtor.</div> | Case No.: **2:10-bk-26188** |
| | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    | --- | --- | --- |
    | For legal services, I have agreed to accept | $ | **23,961.00** |
    | Prior to the filing of this statement I have received | $ | **23,961.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
| --- | --- |
| **May 10, 2010** | **/s/ Michael Jay Berger** |
| *Date* | **Michael Jay Berger 100291**<br>*Signature of Attorney*<br>**Law Offices of Michael Jay Berger**<br>*Name of Law Firm*<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**(310) 271-6223  Fax: (310) 271-9805** |

---

Verification of Creditor Mailing List - (Rev. 10/05)                                             2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Michael Jay Berger 100291**

Address      **9454 Wilshire Boulevard 6th Floor Beverly Hills, CA 90212-2929**

Telephone      **(310) 271-6223 Fax: (310) 271-9805**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names used by Debtor(s) within last 8 years: <br> **Nevada Star, LLC** | Case No.:     **2:10-bk-26188** |
| | Chapter:     **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**9**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:      **May 10, 2010**                    **/s/ Claudia Raffone**

                                                    **Claudia Raffone/Managing Member**
                                                    Signer/Title

Date:      **May 10, 2010**                    **/s/ Michael Jay Berger**

                                                    Signature of Attorney
                                                    **Michael Jay Berger 100291**
                                                    **Law Offices of Michael Jay Berger**
                                                    **9454 Wilshire Boulevard**
                                                    **6th Floor**
                                                    **Beverly Hills, CA 90212-2929**
                                                    **(310) 271-6223   Fax: (310) 271-9805**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291**<br><br>*Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **Nevada Star, LLC**<br><br><br><br>                              Debtor(s),<br>                             Plaintiff(s),<br>                          Defendant(s). | CASE NO.: **2:10-bk-26188**<br><br>ADV. NO.:<br><br>CHAPTER:    **11** |
|---|---|

<div align="center">

**Corporate Ownership Statement Pursuant to**
**F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5**

</div>

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Michael Jay Berger 100291**                              , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☑ I am the attorney for the debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of
the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.      ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Michael Jay Berger**                                           **May 10, 2010**
Signature of Attorney or Declarant                                    Date

**Michael Jay Berger 100291**
Printed Name of Attorney or Declarant

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy