R. Gibson Pagter, Jr. CA SBN 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072 x 221
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Danforth Lincoln, CA SBN 131591
CASELLO & LINCOLN
1551 N Tustin Ave Ste 480
Santa Ana CA 92705
Telephone: (714) 541-8700 x 235
Facsimile: (714) 541-8707
Email: dan@casello-lincoln.com

Attorneys for Henry Douglas Campbell

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:10-bk-26188 SB |
| NEVADA START, LLC, | Chapter 11 |
| | JOINDER BY CREDITOR IN MOTION TO DISMISS CASE, ETC.; DECLARATION IN SUPPORT |
| | Date:  June 1, 2010 |
| | Time:  11:00 a.m. |
| | Ctrm:  1575 |
| | Floor:  15th |

Creditor, Henry Douglas Campbell, JOINS the Motion of Madison Capital Realty to

dismiss this case or, in the alternative, to transfer venue of it to the U.S. Bankruptcy Court for

the Southern District of New York.

Date: 25 August 2008

PAGTER AND MILLER
/s/ R Gibson Pagter, Jr.

R. GIBSON PAGTER, JR.
Attorneys for Henry Douglas Campbell

## DECLARATION OF HENRY DOUGLAS CAMPBELL

I, Henry Douglas Campbell, declare:

1.    I am over 18 years of age.  The facts contained herein are true and correct and of my personal knowledge.

2.    Effective February 6, 2010 I became the sole member, and thus the managing member, of NEVADA STAR, LLC., a New York limited liability company, pursuant to the Order of the Florida probate Court filed February 6, 2010, a true and correct copy of which is attached as Exhibit 3 to the Request for Judicial Notice by Madison Realty Capital L.P. filed herein on May 3, 2010 as Docket No 8-3.

3.    At no time did I ever authorize Claudia Raffone or anyone else to file a Chapter 11 bankruptcy petition, or commence a Chapter 11 bankruptcy case in California, or anywhere else in the world. I definitely did not authorize Claudia Raffone to execute the Corporate [sic] Resolution attached as Exhibit 4 to the Request for Judicial Notice by Madison Realty Capital L.P. filed herein on May 3, 2010 as Docket No 8-4.

4.    I support immediate dismissal of the instant Chapter 11 bankruptcy case of Nevada Star, LLC.

4.    I live in New York, New York and, if this Court declines to dismiss this unauthorized Chapter 11 bankruptcy case, I support it being transferred forthwith to the U.S. Bankruptcy Court for the Southern District of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 28, 2010 at New York, New York

HENRY DOUGLAS CAMPBELL

-2-

CAMPBELL-G/d-HDC-1

| In re NEVADA START, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-26188-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **JOINDER BY CREDITOR IN MOTION TO DISMISS CASE, ETC.; DECLARATION IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 28, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Michael Jay Berger**    michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com;cristina.frankian@bankruptcypower.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Katherine M Windler**    katherine.windler@bryancave.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **May 28, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Hon. Samuel Bufford – Courtesy Copy – 225 East Temple, St., Los Angeles, CA 90012 (Via Overnite Express)**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2010 | IMELDA BYNOG | /s/ Imelda Bynog |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.