**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
Email:         katherine.windler@bryancave.com

Attorneys for Madison Realty Capital LP

FILED & ENTERED

SEP 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NEVADA STAR, LLC,<br><br>        Debtor.<br><br>Tax ID / EIN: 68-0658426 | Case No. 2:10-bk-26188-PC<br><br>Chapter 11<br><br>**ORDER GRANTING MADISON REALTY CAPITAL L.P.'S MOTION FOR DETERMINATION THAT NEVADA STAR, LLC IS A SINGLE ASSET REAL ESTATE DEBTOR**<br><br>**Local Bankr. Rule 9013-1(o)(1)**<br><br>Date:  Not Set<br>Time:  Not Set<br>Place: Not Set |

SM01DOCS\803146.2

Madison Realty Capital LLC ("Madison") filed its Motion For Determination That Nevada Star, LLC Is A Single Asset Real Estate Debtor ("Motion") with respect to debtor Nevada Star, LLC ("Debtor").  On September 21, 2010, counsel for Madison has filed a declaration stating that no opposition was received that would prevent the entry of this order.  Any objection and request for hearing was required to be filed not later than September 16, 2010, which date was 14 days after the notice was served.  The Court having considered the request of Madison, hereby orders as follows:

(1) The notice period of Local Rule 9013-(o)(1) has expired without the filing of any substantive opposition;

(2) Relief as requested is appropriate from the papers, evidence and arguments submitted, and accordingly, the Motion is granted;

(3) The real property located at 114 West 86th Street in New York City, N.Y. ("Property") constitutes "single asset real estate" pursuant to section 101(51B) of the Bankruptcy Code;

(4) The Property consists of a single building which contain partially leased and unleased residential space and all of the Debtor's assets (cash derived from rents, cash from tenant deposits, and incidental materials and supplies to maintain the building) are related to or derived from the Property;

(5) Nevada Star, LLC is a "single asset real estate" debtor within the meaning of section 101(51B) of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*

# # #

DATED: September 22, 2010

_____
United States Bankruptcy Judge

| In re:<br>NAVADA STAR, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO: 10-26188-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**120 Broadway, Suite 300m Santa Monica, CA 90401.**

A true and correct copy of the foregoing document described **ORDER GRANTING MADISON REALTY CAPITAL L.P.'S MOTION FOR DETERMINATION THAT NEVADA STAR, LLC IS A SINGLE ASSET REAL ESTATE DEBTOR,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II**. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Via Overnight Mail**<br>Honorable Peter Carroll<br>United States Bankruptcy Court<br>255 E. Temple Street – Ctrm. 1539<br>Los Angeles, CA 90012 | **U.S. Mail**<br>**Debtor**<br>Nevada Star, LLC.<br>c/o Claudia Raffone<br>1401 Claridge Drive<br>Beverly Hills, CA 90210<br><br>**Attorney for Debtor**<br>Michael Jay Berger<br>9454 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2929 |
|---|---|

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **9013-3.1.PROOF.SERVICE**

| In re:<br>NAVADA STAR, LLC<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>CASE NO: 10-26188-PC |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 22, 2010         , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or **email as follows**. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Michael Jay Berger on behalf of Debtor Nevada Star, LLC (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC(lew@landaunet.com)
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
   pagterandmiller@yahoo.com)
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 22, 2010 | Pamela Davis | *Pamela Davis* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **9013-3.1.PROOF.SERVICE**

| In re:<br>NAVADA STAR, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO: 10-26188-PC |
|---|---|

**ADDITIONAL SERVICE INFORMATION**
**SERVICE LIST -- VIA U.S. MAIL**

**20 LARGEST UNSECURED CREDITORS**

NYC Department of Finance
PO Box 92
New York, NY 10008

Altman Electric
283 W. 11th Street
New York, NY 10014

Beys Stein & Mobargha LLP
900 Broadway, Suite 801
New York, NY 10003

Brian M. O' Connell, P.A.
Casey Ciklin Lubitz Martens O'Connel
515 N. Flagler Drive, Suite 1900
West Palm Beach, FL 33401

Broadway Premium Funding
Schmutter, Strull, Fleisch Inc.
80 Maiden Lane
New York, NY 10038

Caler, Donten, Levine, Porter, Veil
505 S. Flagler Drive, Suite 900
West Palm Beach, FL 33401

Castle Oil Corporation
Attn: Michael M. Meadvin Esq.
440 Mamaroneck Ave. Suite 402
Harrison, NY 10528

Chase
National Payment Services
PO Box 182223
Dept. OH1-1272
Columbus, OH 43218

Consolidated Boiler Service
1416 Ferris Place
Bronx, NY 10461

Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Ponichtera Contracting
6 Driftwood Drive
Parlin, NJ 08859

Fred Smith Plumbing and Heating Co.
1674 First Avenue
New York, NY 10128

Henry Douglas Campbell
c/o Ann Burke-Spalding
Gunster, Yoakley & Stewart, P.A.
450 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

Jay Jacknin
Christiansen & Jacknin
1555 Palm Beach Lakes Blvd., Suite 1010
West Palm Beach, FL 33401

NYC Dept. of Enviornmental Prtctn.
c/o NYC Water Board
PO Box 410
Church Street Station
New York, NY 10008

Porcelain Refinishing Corp.
199-05 32nd Avenue
Flushing, NY 11358

Rick Kramer Architects
12 Palisade Street
Dobbs Ferry, NY 10522

Rosenberg & Estis, PC
733 Third Avenue
New York, NY 10017

Vernon & Ginsburg, LP
Attn: Mel Ginsburg, Partner
261 Madison Ave., 26th Fl.
New York, NY 10016

Verizon
P.O. Box 1100
Albany, NY 12250

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                    **9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MADISON REALTY CAPITAL L.P.'S MOTION FOR DETERMINATION THAT NEVADA STAR, LLC IS A SINGLE ASSET REAL ESTATE DEBTOR** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *9/21/10*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael Jay Berger on behalf of Debtor Nevada Star, LLC (michael.berger@bankruptcypower.com);
- Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov)
- Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC(lew@landaunet.com)
- R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com; pagterandmiller@yahoo.com)
- United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov)

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Nevada Star, LLC.
c/o Claudia Raffone
1401 Claridge Drive
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*   **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION**
**SERVICE LIST -- VIA U.S. MAIL**

**20 LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| NYC Department of Finance<br>PO Box 92<br>New York, NY 10008 | Ponichtera Contracting<br>6 Driftwood Drive<br>Parlin, NJ 08859 |
| Altman Electric<br>283 W. 11th Street<br>New York, NY 10014 | Fred Smith Plumbing and Heating Co.<br>1674 First Avenue<br>New York, NY 10128 |
| Beys Stein & Mobargha LLP<br>900 Broadway, Suite 801<br>New York, NY 10003 | Henry Douglas Campbell<br>c/o Ann Burke-Spalding<br>Gunster, Yoakley & Stewart, P.A.<br>450 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33301 |
| Brian M. O' Connell, P.A.<br>Casey Ciklin Lubitz Martens O'Connel<br>515 N. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401 | Jay Jacknin<br>Christiansen & Jacknin<br>1555 Palm Beach Lakes Blvd., Suite 1010<br>West Palm Beach, FL 33401 |
| Broadway Premium Funding<br>Schmutter, Strull, Fleisch Inc.<br>80 Maiden Lane<br>New York, NY 10038 | NYC Dept. of Enviornmental Prtctn.<br>c/o NYC Water Board<br>PO Box 410<br>Church Street Station<br>New York, NY 10008 |
| Caler, Donten, Levine, Porter, Veil<br>505 S. Flagler Drive, Suite 900<br>West Palm Beach, FL 33401 | Porcelain Refinishing Corp.<br>199-05 32nd Avenue<br>Flushing, NY 11358 |
| Castle Oil Corporation<br>Attn: Michael M. Meadvin Esq.<br>440 Mamaroneck Ave. Suite 402<br>Harrison, NY 10528 | Rick Kramer Architects<br>12 Palisade Street<br>Dobbs Ferry, NY 10522 |
| Chase<br>National Payment Services<br>PO Box 182223<br>Dept. OH1-1272<br>Columbus, OH 43218 | Rosenberg & Estis, PC<br>733 Third Avenue<br>New York, NY 10017 |
| Consolidated Boiler Service<br>1416 Ferris Place<br>Bronx, NY 10461 | Vernon & Ginsburg, LP<br>Attn: Mel Ginsburg, Partner<br>261 Madison Ave., 26th Fl.<br>New York, NY 10016 |
| Fox Rothschild LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 | Verizon<br>P.O. Box 1100<br>Albany, NY 12250 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**