| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| R. Gibson Pagter, Jr., CA SBN 116450<br>**PAGTER AND MILLER**<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, CA  92701<br><br>Telephone No.  (714) 541-6072<br>Facsimile No.   (714) 541-6897<br>Email: gibson@pagterandmiller.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* **Henry Douglas Campbell** | **FILED & ENTERED**<br><br>**NOV 09 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: NEVADA STAR, LLC, | CHAPTER: 11 |
|---|---|
| | CASE NO.: 2:10-bk-26188-PC |
| | DATE: November 4, 2010<br>TIME: 9:30 a.m.<br>CTRM: 1539<br>FLOOR: 15th |
| Debtor(s). | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)**
**(MOVANT:  HENRY DOUGLAS CAMPBELL)**

1. The Motion was: ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

   Case name:  **Estate of Traute Raffone**

   Docket number:  **502008CP000345XXXXMB**

   Court or agency where pending:  **Circuit Court of the 15th Judicial Circuit in and for Palm Beach County Florida**

   Case name:  **Claudia Raffone vs. Henry Douglas Campbell**

   Docket number:  **4D10-864**

   Court or agency where pending:  **District Court of Appeal of the State of Florida, Fourth District**

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                    F 4001-10.NA

b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ____

| In re: NEVADA STAR, LLC, | CHAPTER: 11 |
|---|---|
| | Debtor(s). CASE NO.: 2:10-bk-26188-PC |

7. This Court further orders as follows:
   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

###

DATED: November 9, 2010

United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____

| In re:  NEVADA STAR, LLC, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-26188-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) (MOVANT HENRY DOUGLAS CAMPBEL)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **November 8, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Hon. Peter Carroll – Judge's Copy – 255 E. Temple Street, Suite 1534, Los Angeles, CA  90012-3332
(Via Overnite Express)**

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 8, 2010 | IMELDA BYNOG | /s/ **Imelda Bynog** |
|---|---|---|

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*       F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* ____

| In re: NEVADA STAR, LLC, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-26188-PC |

*Date*             *Type Name*                    *Signature*

**ALL SERVED VIA U.S. MAIL**

<u>Debtor</u>
Nevada Star, LLC
1401 Claridge Drive
Beverly Hills, CA 90210

<u>Attorney for Debtor</u>
Michael Jay Berger
9454 Wilshire Blvd 6th Flr
Beverly Hills, CA 90212-2929

<u>U.S. Trustee</u>
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

<u>Attorney for U.S. Trustee</u>
Russell Clementson
725 S. Figueroa, Ste 2600
Los Angeles, CA 90017

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    **F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* ____

| In re: NEVADA STAR, LLC, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-26188-PC |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) (MOVANT HENRY DOUGLAS CAMPBELL)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 8, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Michael Jay Berger:** michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
- **Russell Clementson:** russell.clementson@usdoj.gov
- **Lewis R Landau:** lew@landaunet.com
- **R G Pagter:** gibson@pagterandmiller.com, pandm@pagterandmiller.com
- **United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov
- **Katherine M Windler:** katherine.windler@bryancave.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Nevada Star, LLC
1401 Claridge Drive
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of* ____

| In re:  NEVADA STAR, LLC, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-26188-PC |

☐  Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.NA**