| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Katherine M. Windler (SBN 158899)<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Phone: (310) 576-2100; Fax: (310) 260-4105<br><br>☒ Attorney for Movant(s), Madison Realty Capital, LP<br>☐ Movant(s) appearing without attorney | **FILED & ENTERED**<br><br>DEC 03 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>Nevada Star, LLC<br><br>and<br><br>Claudia Raffone, and individual<br><br>affects related Case No. 2:10-bk-27683-PC<br><br>Debtor(s). | CASE NO.: 2:10-bk-26188-PC<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE:        December 2, 2010<br>TIME:         9:30 AM<br>COURTROOM: 1539<br>PLACE:       255 East Temple Street<br>                    Los Angeles, California<br>                    15th Floor |
|---|---|

**MOVANT:** <u>Madison Realty Capital, L.P.</u>

1. The Motion was: ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:*      <u>114 West 86th Street</u>
   *Unit Number:*
   *City, State, Zip Code:*   <u>New York, New York 10024</u>

   Legal description or document recording number (including county of recording):

☒ See attached page.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☒ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4) (see attachment pages)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in

real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
   b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
   d. ☒ See attached continuation page for additional provisions.

                                        ###

DATED: December 3, 2010

_____
United States Bankruptcy Judge

**In re NEVADA STAR, LLC**
**Case No. 2:10-bk-26188-PC**

and

**CLAUDIA RAFFONE, an individual**
**relief sought affects related Case No. 2:10-bk-27683-PC**

### ATTACHMENT PAGE

### Paragraph 2 of Order

### Legal Description

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of 86th Street, distant 145 feet west from the southwesterly corner of 86th Street and 9th Avenue;

RUNNING THENCE southerly parallel with 9th Avenue and part of the way through a party wall 102 feet 2 inches;

THENCE westerly parallel with 86th Street 40 feet;

THENCE northerly parallel with 9th Avenue and part of the way through a party wall 102 feet 2 inches to the southerly side of 86th Street; and

THENCE easterly along the southerly side of 86th Street 40 feet to the point or place of BEGINNING.

**In re NEVADA STAR, LLC**
**Case No. 2:10-bk-26188-PC**

**and**

**CLAUDIA RAFFONE, an individual**
**relief sought affects related Case No.  2:10-bk-27683-PC**

**<u>ATTACHMENT PAGE</u>**

**<u>Paragraphs 3 and 10(d) of Order</u>**

**<u>Final Ruling</u>**

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Peter Carroll, Presiding
### Courtroom 1539 Calendar

**Thursday, December 2, 2010**                                               **Hearing Room**   **1539**

9:30 am

**2:10-26188**      **Nevada Star, LLC.**                                                        **Chapter   11**

**#22.00**         Hearing
RE: [168] Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: COMMERCIAL .   Exhibit C - D) (Windler, Katherine)

Docket #:  168

**Tentative Ruling:**

None.

**Final Ruling**.  This motion for relief from the automatic stay has been set for hearing on the notice required by LBR 4001(c)(1) and LBR 9013-1(d)(2).  The failure of the debtor-in-possession and all other parties in interest to file written opposition at least 14 days prior to the hearing as required by LBR 9013-1(f) is considered as consent to the granting of the motion. LBR 9013-1(h).  *Cf.* Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  Further, because the court is granting the relief requested by the moving party and for which a *prima facie* case has been established, an actual hearing is not necessary. *See* Boone v. Burk (In re Eliapo), 468 F.3d 592, 602 (9th Cir. 2006).  Their defaults are entered and the matter will be resolved without oral argument.  LBR 9013-1(j)(3).  **No appearance is necessary**.

Debtor is a single asset real estate within the scope of § 362(d)(3).  As such, the automatic stay must be terminated unless, within 90 days after entry of the order for relief . . . or 30 days after the court determines that the debtor is subject to the single asset provisions, whichever is later, the debtor (1) files a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or (2) commences monthly payments in an amount equal to interest at the then-applicable nondefault contract rate of interest on the value of the creditor's interest in the real estate.  11 U.S.C. § 362(d)(3) (A) & (B).

In this case, debtor filed a voluntary chapter 11 petition on April 26, 2010.  The 90th day after entry of the order for relief was July 25, 2010.  On July 12, 2010, prior to the expiration of the 90 days, the court entered an order setting a deadline for filing a plan of reorganization for October 29, 2010.  On September 22, 2010, the court entered an order

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Peter Carroll, Presiding
### Courtroom 1539 Calendar

**Thursday, December 2, 2010**                          **Hearing Room    1539**

**9:30 am**

**Cont....    Nevada Star, LLC.**                                                    **Chapter  11**

determining that debtor is a single asset real estate ("SARE") debtor within the meaning of § 101(51B).

According to the evidence, debtor failed to file a plan of reorganization by October 29, 2010 and has not commenced making monthly interest payments to movant. Accordingly, the court grants relief from the automatic stay under § 362(d)(3).

Movant's request for relief under 11 U.S.C. § 362(d)(4) is denied. The court takes judicial notice that 2 bankruptcy filings have affected the subject property. However, movant has failed to establish a *prima facie* case that the multiple filings were part of a scheme to "delay, hinder, *and* defraud creditors." 11 U.S.C. § 362(d)(4) (emphasis added).

The 14-day period specified in FRBP 4001(a)(3) is waived. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code. All other relief is denied.

The movant shall submit an appropriate order.

|  Party Information  |
|---|

**Debtor(s):**

     Nevada Star, LLC.                                         Represented By
                                                                Michael Jay Berger

**Movant(s):**

     Madison Realty Capital LP                          Represented By
                                                               Katherine M Windler

**In re NEVADA STAR, LLC**
**Case No. 2:10-bk-26188-PC**

**and**

**CLAUDIA RAFFONE, an individual**
**relief sought affects related Case No.  2:10-bk-27683-PC**

## ATTACHMENT PAGE

## Paragraphs 3 and 10(d) of Order

## Cause for Relief With Respect to Claudia Raffone

    The Final Ruling of the Court is further modified to state that the stay relief as to Nevada Star LLC is granted under 11 U.S.C. § 362(d)(3) and as to Claudia Raffone for cause under 11 U.S.C. § 362(d)(1).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_December 2, 2010_** served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| **Via Overnight Mail** | **Debtors Via U.S. Mail** |
|---|---|
| Honorable Peter Carroll | Nevada Star, LLC, and |
| United States Bankruptcy Court | Claudia Raffone |
| 255 E. Temple Street – Ctrm. 1539 | 1401 Claridge Drive |
| Los Angeles, CA 90012 | Beverly Hills, CA 90210 |
| **Office of the U.S. Trustee Via U.S. Mail** | **Attorney for Debtors Via U.S. Mail** |
| Attention: Russell Clementson, Esq. | Michael Jay Berger |
| 725 S. Figueroa Street, Suite 2600 | 9454 Wilshire Blvd., 9th Floor |
| Los Angeles, CA 90017 | Beverly Hills, CA 90212-2929 |

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 2,.2010 | Michael M. Mason | /s/ *Michael M. Mason* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## ADDITIONAL SERVICE INFORMATION

## SERVICE LIST -- VIA U.S. MAIL

**On Behalf of the Creditors Committee**
Lewis R. Landau
23564 Calabasas Rd, Ste 104
Calabasas, CA 91302

### SECURED CREDITORS OF NEVADA STAR, LLC

Michael A. Cardozo
Corporate Counsel of City of Neqw York
Attorney for the City of New York
Department of Finance
100 Church Street, Room 5-211
New York, NY 10007

Ponichtera Contracting
6 Driftwood Drive
Parlin, NJ 08859

Bernadette Brennan
Olga Minkina
NYC Law Department
100 Church Street
New York, NY 10007

### SECURED CREDITORS OF CLAUDIA RAFFONE

Links Capital Partners, LLC
Defined Benefit Pension Plan Trust
9777 Wilshire Boulevard, 6th Floor
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                  Page 4                                                    **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 2, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael Jay Berger on behalf of Debtor Nevada Star, LLC (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**VIA US MAIL**
**Debtors**
Nevada Star, LLC, and
Claudia Raffone
1401 Claridge Drive
Beverly Hills, CA 90210

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 5    **F 4001-1.ORDER.RP**

**ADDITIONAL SERVICE INFORMATION**

**SERVICE LIST -- VIA U.S. MAIL**

**SECURED CREDITORS OF NEVADA STAR, LLC**

Michael A. Cardozo
Corporate Counsel of City of Neqw York
Attorney for the City of New York
Department of Finance
100 Church Street, Room 5-211
New York, NY 10007

Ponichtera Contracting
6 Driftwood Drive
Parlin, NJ 08859

Bernadette Brennan
Olga Minkina
NYC Law Department
100 Church Street
New York, NY 10007

**SECURED CREDITORS OF CLAUDIA RAFFONE**

Links Capital Partners, LLC
Defined Benefit Pension Plan Trust
9777 Wilshire Boulevard, 6th Floor
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                        Page 6                                        **F 4001-1.ORDER.RP**