**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
Email:    katherine.windler@bryancave.com

Attorneys for Madison Realty Capital LP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NEVADA STAR, LLC,<br><br>Debtor.<br><br>Tax ID / EIN: 68-0658426 | Case No. 2:10-bk-26188-PC (Lead Case)<br><br>Administratively Consolidated with Case No. 2:10-bk-27683-PC<br><br>Hon. Peter Carroll<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST AMENDED CONSOLIDATED DISCLOSURE STATEMENT DESCRIBING CONSOLIDATED CHAPTER 11 PLAN OF LIQUIDATION** |
| In re<br><br>CLAUDIA RAFFONE,<br><br>Debtor. | **Original Disclosure Statement Hearing**<br><br>Date:    December 15, 2010<br>Time:    9:30 a.m.<br>Ctrm:    1539<br>         U.S. Bankruptcy Court<br>         255 E. Temple Street, 15th Floor<br>         Los Angeles, CA 90012<br><br>**Hearing on First Amended Disclosure Statement**<br><br>Date:    February 16, 2011<br>Time:    9:30 a.m.<br>Ctrm:    1539<br>         U.S. Bankruptcy Court<br>         255 E. Temple Street, 15th Floor<br>         Los Angeles, CA 90012 |

SM01DOCS\816887.1

NOTICE OF HEARING ON FIRST AMENDED CONSOLIDATED DISCLOSURE STATEMENT DESCRIBING
CONSOLIDATED CHAPTER 11 PLAN OF LIQUIDATION

1  TO ALL CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN

2  INTEREST:

3  PLEASE TAKE NOTICE that on November 9, 2010, Madison Realty Capital, L.P.

4  ("Madison") for the bankruptcy estates of Nevada Star, LLC ("Nevada Star" or "Debtor") and

5  Claudia Raffone ("Raffone") filed that certain Consolidated Disclosure Statement Describing

6  Consolidated Chapter 11 Plan Of Liquidation [Doc. No. 179] (the "Disclosure Statement'). On

7  November 3, 2010, Madison filed that certain Consolidated Chapter 11 Plan Of Liquidation [Doc.

8  No. 174] (the "Plan"). The Court held a hearing on the Disclosure Statement on December 15,

9  2010 and set a continued hearing on what will be a First Amended Consolidated Disclosure

10  Statement Describing First Amended Consolidated Chapter 11 Plan Of Liquidation (the "First

11  Amended Disclosure Statement"). The Court also directed Madison to file a First Amended

12  Consolidated Plan of Liquidation ("First Amended Plan"). Madison intends to file the First

13  Amended Disclosure Statement and First Amended Plan by no later than January 14, 2011.

14  NOTICE IS FURTHER GIVEN that a hearing will be held on February 16, 2011, at

15  9:30 a.m., before the Honorable Peter Carroll, United States Bankruptcy Judge, in Courtroom

16  1539 of the United States Bankruptcy Court, located at 255 E. Temple Street, 15th Floor, Los

17  Angeles, CA 90012, to consider the adequacy of the First Amended Disclosure Statement. At this

18  hearing, the Court will consider, act upon and determine the following:

19  1. The adequacy of the information contained in the First Amended Disclosure

20  Statement and any objections or modifications thereto;

21  2. The fixing of a date for the mailing of the First Amended Plan and First Amended

22  Disclosure Statement to all creditors and interested parties;

23  3. The fixing of a date for the hearing on confirmation of the First Amended Plan;

24  4. The fixing of a time within which the holders of allowed claims or interests may

25  vote to accept or reject the First Amended Plan; and

26  5. The fixing of a time within which the holders of claims or interests may file

27  objections to confirmation of the First Amended Plan.

28

1  The Disclosure Statement and Plan are on file with the Bankruptcy Court, and parties
2  wishing to review it may do so by accessing PACER for the United States Bankruptcy Court for
3  the Central District of California at: ecf.cacb.uscourts.gov, or may also be obtained, free of
4  charge, by written request directed to counsel for Madison at the address shown above, to the
5  attention of Katherine Windler.

6  Copies of the First Amended Disclosure Statement and First Amended Plan may also be
7  obtained by accessing PACER after the documents are filed, or may also be obtained, free of
8  charge, by written request directed to counsel for Madison at the address shown above, to the
9  attention of Katherine Windler.

10  Each of Chase Mortgage (account xxxxxx0732) and New York State Department of
11  Finance xxx-xx-8214 are creditors listed on the newly filed amended schedules (Dkt. No. 41) in
12  the Raffone bankruptcy case, who are on the proof of service of this notice, having not previously
13  been listed as creditors.  Accordingly, the First Amended Disclosure Statement and First Amended
14  Plan will be modified to include disclosure of their known claims and treatment under the
15  proposed First Amended Plan.

16  PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Bankruptcy
17  Procedure 3017 and Local Bankruptcy Rule 3017-1(b), any objection to the First Amended
18  Disclosure Statement must be stated in writing, must conform to the Federal Rules of Bankruptcy
19  Procedure and the Local Bankruptcy Rules for the Central District of California, and must be filed
20  with the Court and served on counsel for Madison at the addresses noted in the upper left-hand
21  corner of the first page of this Notice, not less than fourteen (14) days before the hearing.  Any
22  objection must set forth the name of the objector, the nature and amount of any claim or interest
23  held or asserted by the objector against the bankruptcy estate of the Debtor or Raffone or their
24  property, the basis for the objection and the specific grounds therefor, and in the event any
25  objection relates to the content of the First Amended Disclosure Statement, such objection must
26  include, where appropriate, suggested language to amend the First Amended Disclosure Statement
27  in a manner that would resolve such objection. Objections not filed and served as set forth above
28  may be deemed waived.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

| | |
|---|---|
| 1 | For further information concerning the First Amended Disclosure Statement, you may |
| 2 | contact the attorneys for Madison, listed in the top left-hand corner of the first page of this Notice. |

BRYAN CAVE LLP

*/s/ Katherine M. Windler*
Katherine M. Windler
Attorney for Madison Realty Capital, L.P.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\816887.1                    3
NOTICE OF HEARING ON FIRST AMENDED CONSOLIDATED DISCLOSURE STATEMENT DESCRIBING
CONSOLIDATED CHAPTER 11 PLAN OF LIQUIDATION

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as ***Notice of Hearing on First Consolidated Disclosure Statement Describing Consolidated Chapter 11 Plan of Liquidation*** will be served or was served in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***December 27, 2010***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
Thomas M. Geher (tmg@jmbm.com)
Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***December 27, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **By Overnight Delivery** | **Debtor by U.S. Mail** |
|---|---|
| Honorable Peter Carroll | Claudia Raffone |
| United States Bankruptcy Court | 1401 Claridge Drive |
| 255 E Temple Street, Courtroom 1539 | Beverly Hills, CA 90210 |
| Los Angeles, CA 90012 | |

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2010 | Michael M. Mason | /s/ Michael M. Mason |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**Additional Service Information**
**VIA US MAIL**

| | | |
|---|---|---|
| Aargon Collection Agency<br>3025 West Sahara Ave.<br>Las Vegas, NV 89102 | Allied National / collec<br>440 Reency Parkway Dr. S.<br>Omaha, NE 68114-3790 | Amer Bur Crd<br>PO Box 5321<br>Diamond Bar, CA 91765 |
| American Express<br>C/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | AT&T Credit Management<br>AT&T Credit Management Center<br>PO Box 80701<br>Charleston, SC 29416 | Beys Stein & Mobargha LLP<br>900 Broadway<br>Suite 801<br>New York, NY 10003-1229 |
| Brian M. O' Connell, P.A.<br>Casey Ciklin Lubitz Martens OConnel<br>515 N. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-4330 | Chase<br>National Payment Services<br>PO Box 182223<br>Dept. OH1-1272<br>Columbus, OH 43218-2223 | Chase Mht Bank<br>201 N. Walnut St # Del-10<br>Wilmington, DE 19801 |
| Chase Mortgage<br>P.O. Box 78420<br>Phoenix, AZ 85062 | Creditors Specialty Se<br>P.O. Box 764<br>Acton, CA 93510 | David N. Marcato<br>504 Polly Park Road<br>Rye, NY 10580 |
| Traute Raffone Estate<br>108 E. 86th Street, Apt. 11N<br>New York, NY 10028 | Henry Douglas Campbell<br>C/o Ann Burke-Spalding<br>Gunster, Yoakley & Stewart, P.A.<br>450 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33301 | Henry Douglas Campbell<br>c/o Richard Hershman, Esq.<br>49 W. 37th Street, 7th Floor<br>New York, NY 10018 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Jay Jacknin<br>Christiansen & Jacknin<br>1555 Palm Beach Lakes Blvd.<br>Suite 1010<br>West Palm Beach, FL 33401-2360 | Judge Jack H. Cook<br>15th Judicial Circuit of Florida<br>Probate Division<br>205 North Dixie Highway<br>West Palm Beach, FL 33401 |
| Kleinberg, Kaplan, Wolff & Cohen<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176 | Links Capital Partners, LLC<br>Defined Benefit Pension Plan Trust<br>9777 Wilshire Blvd, 6th Floor<br>Beverly Hills, CA 90212 | Madison Realty Capital, L.P.<br>825 Third Avenue, 37th Floor<br>New York, NY 10022-7595 |
| Michael J. DiMattia<br>McGuireWoods<br>1345 Avenue of the Americas<br>New York, NY 10105-0003 | Miller-DM, Inc. DBA<br>Mercedez Benz of Beverly Hills<br>5425 Van Nuys Blvd.<br>Van Nuys, CA 91401 | Nevada Star, LLC<br>1401 Claridge Drive<br>Beverly Hills, CA 90210 |
| New York State Dept. of Finance<br>P.O. Box 92<br>New York, NY 10008 | Ntl Crdt Sys<br>117 E. 24th St.<br>New York, NY 10010 | NYC Department of Finance<br>PO Box 92<br>New York, NY 10008-0092 |
| NYC Dept. of Environmental Protection<br>c/o NYC Water Board<br>PO Box 410<br>Church Street Station<br>New York, NY 10008-0410 | Paul Michael Marketing<br>18609 Union Tpke<br>Flushing, NY 11366 | Ponichtera Contracting<br>6 Driftwood Drive<br>Parlin, NJ 08859 |
| PS Marcato Elevator Company<br>44-11 11th Street<br>Long Island City, NY 11101-5101 | Rosenberg & Estis, PC<br>733 Third Avenue<br>New York, NY 10017-3204 | Castle Oil Corporation<br>Attn: Michael M. Meadvin, Esq.<br>440 Mamaroneck Ave, Ste. 402<br>Harrison, NY 10528-2424 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Fred Smith Plumbing<br>1674 First Avenue<br>New York, NY 10128-4853 | Nevada Star LLC<br>New York City Dept of Finance<br>345 Adams St., 3rd Floor<br>New York, NY 11201-3719 | Vernon & Ginsburg, LP<br>Attn: Mel Ginsburg, Partner<br>261 Madison Avenue, 26th Floor<br>New York, NY 10016-2306 |
| Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | CSS Inc.<br>PO Box 764<br>Acton, CA 93510-0764 | Crescent Recovery, LLC<br>PO Box 1097<br>Chesapeake, VA 23327-1097 |
| Minuit Partners NY LLC<br>900 Broadway, 8th Floor<br>New York, NY 10003-1210 | NCO Portfolio Management<br>PO Box 3001<br>Malvern, PA 19355-0701 | North Star Capital Acquisitions LLC<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**