1   **BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
2   120 Broadway, Suite 300
Santa Monica, California  90401-2386
3   Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
4   Email:         katherine.windler@bryancave.com

5   Attorneys for Madison Realty Capital LP

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

11   | In re | Case No.  2:10-bk-26188-PC (Lead Case) |
|---|---|
12   | | Administratively Consolidated with Case No. 2:10-bk-27683-PC |
13   | NEVADA STAR, LLC, | |
14   | | Hon. Peter Carroll |
15   | Debtor. | Chapter 11 |
16   | Tax ID / EIN: 68-0658426 | **DECLARATION OF KATHERINE WINDLER IN SUPPORT OF ENTRY OF ORDER GRANTING:** |
17   | | |
18   | In re | **APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011** |
19   | | |
20   | CLAUDIA RAFFONE, | |
21   | Debtor. | |
22   | | |
23   | | Local Bankr. Rule 9013-1(o)(1) |
24   | | No Hearing Set |

25        I, Katherine Windler, declare as follows:

26        1.     I am an attorney at law duly licensed to practice before this Court and all of the

27   Courts of the State of California.  I am associated with the law firm of Bryan Cave, LLP, attorneys

28   of record for Madison Realty Capital, L.P. ("Madison").  I have personal knowledge of the

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

matters referred to in this declaration, and if called upon to do so would competently testify

thereto.  I make this declaration in support of the entry of an order granting approval of the

application ("Application") previously made to the Court for an order requesting entry of an Order

authorizing and approving the employment of Eastern Consolidated ("EC") and its sales director,

Lipa Lieberman, as real estate broker to market and sell that certain real property owned by certain

of the Debtor and located at 114 West 86th Street in New York City, N.Y. (the "Property") as

described by the sale contract attached to the proposed Plan.  The Application was filed in the

chapter 11 case of Nevada Star, LLC ("Debtor").

2.      On Tuesday, April 5, 2011, Madison filed its Application [Docket No. 267]

("Application").  A true and correct copy of the Application, with the NEF, is attached hereto at

Exhibit 1.

3.      On Tuesday, April 5, 2011, Madison filed a Verified Statement of EC in support of

the Application [Docket No. 268] ("Verified Statement").  A true and correct copy of the Verified

Statement, with the NEF, is attached hereto at Exhibit 2.

4.      On Tuesday, April 5, 2011, Madison filed a Statement of Disinterestedness for

Employment of Professional Person under Bankruptcy Rule 2014 [Docket No. 269]

("Disinterestedness Statement").  A true and correct copy of the Disinterestedness Statement, with

the NEF, is attached hereto at Exhibit 3.

5.      On Tuesday, April 5, 2011, Madison gave first class mail notice to all Rule 4001

parties [Docket No. 270] of the requested relief set forth in the Application, the Verified Statement

and the Disinterestedness Statement.  A true and correct copy of the Notice is attached hereto at

Exhibit 4.

6.      On Wednesday, April 20, 2011, Madison uploaded a proposed LOU, granting the

relief sought by the Application at confirmation number 215126.  A true and correct copy of the

proposed order is attached hereto at Exhibit 5.

7.      The Notice contained the following notice to creditors:

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS833976.1

- 2 -

DECL. OF KATHERINE WINDLER IN SUPPORT OF
ENTRY OF ORDER GRANTING EMPLOYMENT OF
EASTERN CONSOLIDATED AS BROKER

NOTICE AND OPPORTUNITY FOR HEARING

Local Bankruptcy Rule 9013-1(o)(1) requires that any response and request for hearing must be filed with the court and served on Madison's counsel and the United States trustee within 15 days after the date of service of this Application and notice.

8.    Proof of service of the 14-day negative notice on the Rule 4001 parties of the Notice given on Tuesday, April 5, 2011 is contained within Docket No. 270, attached at Exhibit 4.

9.    More than fourteen (14) days have expired between Tuesday, April 5 and April 20, 2011.  I have not received any objections to the granting of the relief sought by the Application, the Verified Statement and the Disinterestedness Statement.

10.    Madison requires immediate entry of a court order granting the relief sought so that the broker may act quickly to market the Property, which will serve to protect and preserve the value of Property at the anticipated May 4, 2011 hearing on confirmation of the proposed plan for the benefit of all creditors.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of April 2011, at Santa Monica, California.


/s/ Katherine M. Windler
Katherine M. Windler

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS833976.1

- 3 -

DECL. OF KATHERINE WINDLER IN SUPPORT OF
ENTRY OF ORDER GRANTING EMPLOYMENT OF
EASTERN CONSOLIDATED AS BROKER

# EXHIBIT 1

1   **BRYAN CAVE LLP**
    Katherine M. Windler, California Bar No. 158899
2   120 Broadway, Suite 300
    Santa Monica, California  90401-2386
3   Telephone:    (310) 576-2100
    Facsimile:    (310) 576-2200
4   Email:        katherine.windler@bryancave.com

5   Attorneys for Madison Realty Capital LP

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **LOS ANGELES DIVISION**

11  | In re | Case No.  2:10-bk-26188-PC (Lead Case) |

12  Administratively Consolidated with Case No.
    2:10-bk-27683-PC

13  NEVADA STAR, LLC,

14  Hon. Peter Carroll

15           Debtor.          Chapter 11

16  Tax ID / EIN: 68-0658426     **APPLICATION FOR ORDER
                                 AUTHORIZING AND APPROVING THE
17                               EMPLOYMENT OF EASTERN
                                 CONSOLIDATED AS REAL ESTATE
18                               BROKER FOR THE ESTATE OF NEVADA
                                 STAR, LLC PURSUANT TO SECTION
19  In re                       328 (a) OF THE BANKRUPTCY CODE
                                 EFFECTIVE APRIL 13, 2011**
20  CLAUDIA RAFFONE,

21           Debtor.          Local Bankr. Rule 9013-1(o)(1)

22                           No Hearing Set

23

24       TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY

25  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, ITS COUNSEL

26  OF RECORD, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED

27  CREDITORS AND ALL INTERESTED PARTIES:

28

SM01DOCS831900.1

APPLICATION FOR ORDER ON EMPLOYMENT OF
REAL ESTATE BROKER

1    **APPLICATION TO EMPLOY BROKER**

2        This Application is filed by Madison, in its capacity as the largest secured creditor of the

3    estate of the Debtor as an element of the proposed Disclosure Statement and Plan.  The estate

4    representative for the debtor-in-possession in the above-referenced jointly-administered

5    Chapter 11 cases (the "Estate Representative") is Claudia Raffone, who is believed to be opposed

6    to a sale of the estate assets and is either unwilling or unable to employ the broker on behalf of the

7    estate for the benefit of creditors.

8        Madison hereby requests entry of an Order authorizing and approving the employment of

9    Eastern Consolidated ("EC") and its sales director, Lipa Lieberman, as real estate broker to market

10   and sell that certain real property owned by certain of the Debtor and located at 114 West 86th

11   Street in New York City, N.Y. (the "Property") as described by the sale contract attached to the

12   proposed Plan.  This Application is supported by the concurrently filed Verified Statement of Lipa

13   Lieberman (the "Statement"), which Statement is incorporated herein by this reference.  In support

14   of this Application, Madison states as follows:

15        1.        This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

16   This Motion presents a core proceeding pursuant to 28 U.S.C. §157(b)(2).  The statutory

17   predicates for relief sought herein are 11 U.S.C. §§105(a), 363, and 1106.

18        2.        Madison believes that a sale of the Property identified above is critical at this time

19   to generate funds with which to administer this estate, including to fund the proposed Plan to

20   maximize creditor recoveries.

21        3.        The estate requires the assistance of a real estate broker to facilitate the marketing

22   and sale of the Property to maximize the value of the Debtor's estate for the benefit of creditors.

23        4.        Madison believes that EC and its sales director Lipa Lieberman, have the necessary

24   licensure, expertise and skill to provide such brokerage services to the bankruptcy estate, despite

25   that the Estate Representative has expressed her opposition to retention of such broker.  A copy of

26   the marketing proposal and background of the Broker is attached hereto at Exhibit 1.  To the

27   extent Exhibit 1 conflicts with the express terms set forth in this Application, this Application

28   shall control.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS831900.1

1

Declaration Exhibit 1 - Page 5

APPLICATION FOR ORDER ON EMPLOYMENT OF
REAL ESTATE BROKER

5.      Madison, on behalf of the estate and solely as part of the anticipated confirmation of the Plan, and not on its own behalf, seeks to retain EC and Lipa Lieberman (collectively, "Broker"), subject to Court approval and authorization, pursuant to the terms and conditions as follows:

a)      Broker shall be appointed as the sole agent and granted the exclusive right to sell the chapter 11 estate's interest in all or any portion of the Property, including without limitation development and air rights, if any.  Broker has approved the form of proposed sales contract attached to the proposed Plan, and the bidding procedures set forth in the proposed Plan

b)      The term of Broker's engagement shall commence on the date of approval of this Application by the Bankruptcy Court and shall continue in effect through confirmation of the Plan.  Under the Plan, the post confirmation administrator must continue to use Broker as his sole and exclusive agent up through the point of Madison's state court foreclosure, unless for good cause, the Court otherwise orders.  The Court may order compensation to Broker if the plan administrator declines for any reason to use Broker.

c)      Broker shall undertake to pursue a satisfactory purchaser for the Property. Broker will solicit the cooperation of other qualified licensed real estate brokers as appropriate.

d)      Broker shall prepare a marketing brochure or offering package that is satisfactory to the requests of the Committee counsel, such consent not to be unreasonably withheld, to distribute to prospective purchasers.  Marketing expenses shall be paid by Broker.  Broker acknowledges that it has no authority to enter into an agreement on the estate's behalf for the sale of the Property and will make no such representation to any prospective purchaser.

e)      All interested parties to the bankruptcy case shall forward to Broker all inquiries and offers received by them with respect to the Property, regardless of the source thereof, and prior to confirmation of the Plan, all negotiations shall be conducted jointly

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

Declaration Exhibit 1 - Page 6                          APPLICATION FOR ORDER ON EMPLOYMENT OF
                                                        REAL ESTATE BROKER

between the Committee counsel and Broker, subject to the Committee's review and final approval.  Prior to confirmation of the Plan, Broker will forward to the Committee counsel copies of all written offers for the Property that Broker receives during the term of its engagement.  After confirmation of the Plan, Broker shall perform such tasks with the post confirmation administrator in lieu of the Committee counsel.

f)      Broker's commission to be paid by the chapter 11 estate in connection with the marketing and a sale of the Property will be computed based upon two and one-tenth percent (2.1%) of the total sales price.  Such commission shall be paid to Broker at closing of the sale.  Broker shall only be entitled to a payment of a commission if a sale of the Property is approved by Court order entered and fully consummated prior to the calling of the sale of the Property in Madison's foreclosure action.

g)      If a sale of the Property shall be effected by another licensed real estate broker, then Seller shall pay to Broker a commission equal to two and one-tenth percent (2.1%) of the total sales price. Eastern Consolidated shall pay the cooperating broker one and five one-hundredths percent (1.05%) of the total sales price minus expenses not to exceed $10,000.

h)      Broker shall cover all marketing expenses including classified advertising, public relations, a first class offering memorandum, internet exposure and mailings.

i)      Broker shall have the exclusive right to sell the asset for a period up through the point of foreclosure by Madison, unless otherwise terminated by Court order for cause.

j)      Employment of the Broker shall expire upon (i) the closing of a sale and payment of Madison's claim as set forth in the Plan, or (ii) the conduct of the foreclosure sale by Madison, whichever occurs first.

k)      Broker shall hold the bankruptcy estate, the Committee counsel, Madison and the post confirmation administrator harmless against any costs or expenses, including reasonable attorneys' fees, incurred by such indemnified parties as a result of any claims for commission made by any other broker claiming to have acted through Broker in

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS831900.1

3

APPLICATION FOR ORDER ON EMPLOYMENT OF
REAL ESTATE BROKER

connection with the sale of the Property with such indemnification limited to the amount of

the commission paid to and retained by Broker hereunder.

l)    Approval of Broker's engagement and commission shall be by Court order.

The terms and conditions of Broker's engagement can be amended or changed by a writing

signed by any interested party and approved, after notice and hearing and opportunity to

object, by a Judge of the United States Bankruptcy Court, Central District of California.

m)    Broker's engagement shall be governed by the laws of the State of New

York.  If any dispute arising under this engagement shall be litigated, said litigation must

be commenced and resolved in the United States Bankruptcy Court, Central District of

California.

6.    Madison anticipates that the commissions that ultimately will be paid to the Broker

will be specifically approved by the Court in connection with certain sale motions seeking

approval of the sale of the Property at the time of confirmation.

7.    Madison  requests approval of the terms of this engagement, subject to the standard

of review provided in 11 U.S.C. § 328(a).  Section 328(a) of the Bankruptcy Code provides, in

part, that a debtor "with the court's approval, may employ or authorize the employment of a

professional person under section 327 . . . on any reasonable terms and conditions of employment,

including . . . a fixed or percentage fee basis . . . ." 11 U.S.C. §328(a).  Congress intended in

section 328(a) to enable debtors to retain professionals pursuant to specific court-approved,

prearranged fee arrangements, subject to reversal only if the terms are found to be improvident in

light of "developments not capable of being anticipated at the time of the fixing of such terms and

conditions." 11 U.S.C. §328(a); *see In re Nat'l Gypsum Co*., 123 F.3d 861, 862-63 (5th Cir. 1997)

("If the most competent professionals are to be available for complicated capital restructuring and

the development of successful corporate reorganization, they must know what they will receive for

their expertise and commitment.").

8.    This Court will retain jurisdiction to construe and enforce the terms of the

Application, and the proposed order submitted herewith.  Broker hereby irrevocably and

unconditionally submits to the exclusive jurisdiction of this Court over any suit, action or

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

Declaration Exhibit 1 - Page 8

APPLICATION FOR ORDER ON EMPLOYMENT OF
REAL ESTATE BROKER

1    proceeding arising out of or relating to this engagement, and over the approval of its requests for

2    any fees and expenses accruing through confirmation of a plan of reorganization or, in the event

3    that no plan of reorganization is confirmed in the case, accruing prior to the last day of Broker's

4    employment.

5         9.     Broker has informed Madison that, except as may be set forth in the Statement

6    submitted herewith, Broker (i) has no connection with Madison or the Debtor, any of their

7    "affiliates," as that term is used in Section 101(2) of the Bankruptcy Code, their creditors or other

8    parties in interest in these Chapter 11 cases, (ii) does not hold or represent any interest adverse to

9    the Debtors' estates, and (iii) believes it is a "disinterested person" as defined within Section

10   101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

11        10.    The real estate brokerage services of Broker are necessary to enable the Estate

12   Representative to execute her duties in these proceedings, and in order for Madison to proceed

13   with the settlement embodied in the proposed chapter 11 plan filed on March 30, 2011.  The

14   services to be rendered by Broker are not intended to be duplicative in any manner with the

15   services performed, and to be performed, by the Estate Representative or any other professional

16   retained by the Estate Representative.  In addition, Broker and any other party retained by the

17   Estate Representative, such as the counsel for the estate, will undertake every reasonable effort to

18   avoid any duplication of their respective services.  Broker has stated its willingness to act in this

19   case and render the necessary professional services as real estate broker to the Debtor's estate.

20        11.    The employment of Broker is necessary and in the best interest of the Debtor and

21   the estate and its creditors in this Chapter 11 case, and should be approved.  Broker is well

22   qualified to perform the brokerage services as described above, and Madison is unaware of any

23   reason why Broker should not be retained.

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS831900.1

5

APPLICATION FOR ORDER ON EMPLOYMENT OF
REAL ESTATE BROKER

1    WHEREFORE, the undersigned respectfully requests that the Court enter an Order

2  approving the estate's retention of Broker pursuant to Section 328(a) of the Bankruptcy Code,

3  under the terms set forth herein and pursuant to the terms set forth herein, and for such other and

4  further relief as is appropriate under the circumstances of this matter.

5                                        BRYAN CAVE LLP

6

7

8                                        /s/ Katherine M. Windler
                                         Katherine M. Windler
9                                        Attorney for Madison Realty Capital, L.P.

**AGREED AND CONSENTED TO:**
10  Eastern Consolidated

11

12  By:

13  Title:      Peter Hauspurg
                Chairman & CEO
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401 -

SM01DOCS831900.1                         6

APPLICATION FOR ORDER ON EMPLOYMENT OF
REAL ESTATE BROKER

# EXHIBIT 1

**EASTERN CONSOLIDATED**
Real estate investment services

Presented to Samuel Biggs, Plan Administrator For
The Post Confirmation Estate of Nevada Star, LLC
Exclusive Agency Proposal for the Disposition of

# 114-116 West 86th Street



**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

Presented to Samuel Biggs, Plan Administrator For
The Post Confirmation Estate of Nevada Star, LLC
Exclusive Agency Proposal for the Disposition of

# 114-116 West 86th Street

Exceptional Opportunity to Acquire A World Class Pre-War Elevatored
Apartment Building With 49 Units On Manhattan's Coveted Upper West Side

Eastern Consolidated
355 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone        212.499.7700
Facsimile        212.499.7718
www.easternconsolidated.com

Peter Hauspurg Chairman & CEO
phauspurg@easternconsolidated.com
646.658.7309

Lipa Lieberman Director
llieberman@easternconsolidated.com
646.658.7317

David Schechtman, Esq. Principal, Senior Director
dschechtman@easternconsolidated.com
646.658.7352

Scott Ellard Financial Services
sellard@easternconsolidated.com
646.658.7322

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY                                    Real estate investment services

# Contents

| | | |
|---|---|---|
| 04 | Executive Summary | |
| 04 | Marketing Context | |
| 05 | Why Choose Eastern Consolidated? | |
| 05 | No Asking Price and A Bid Deadline | |
| 06 | Large Team of New York Sales Professionals | |
| 06 | Maximum Exposure Through Co-Brokerage | |
| 07 | Select Eastern Consolidated Upper West Side Residential Transactions | |
| 09 | Select Eastern Consolidated Residential Transactions | |
| 16 | Plot Plan | |
| 17 | Location Map | |
| | | |
| 18 | Marketing Process | |
| 18 | Structure and Sequence | |
| 18 | Offering Memorandum | |
| | | |
| 19 | Terms of Engagement | |
| 19 | Commission Schedule | |
| 19 | Marketing Budget Retention Term | |
| 19 | Retention Term | |
| | | |
| 20 | Marketing Team | |
| 21 | Team Overview | |
| | | |
| 26 | Partial Client References | |
| | | |
| 27 | Client Testimonials | |

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Executive Summary

Eastern Consolidated is pleased to submit this proposal to Samuel Biggs, Plan Administrator For The Post Confirmation Estate of Nevada Star, LLC (the "Seller") to act as Exclusive Agent in the sale of the elevatored apartment building located at 114 West 86th Street, New York, New York (the "Property").

## Marketing Context

Many well capitalized all-cash buyers have not had sufficient opportunities to purchase property of this caliber for the past several years. We continue to see investors, owner/managers, converters, and lenders seeking to participate in the acquisition of quality residential assets throughout Manhattan. Several factors in today's market combine to create a setting in which 114-116 West 86th Street could be successfully marketed for sale:

— Investment capital available from both newly formed and established equity sources;

— Continued low interest rates;

— An adequate supply of debt financing for well-located assets and well-heeled Seller/managers;

— A scarcity of similar assets available for sale;

— A world class residential location;

— Well-capitalized converters with well-developed plans to re-position an asset;

Pricing in the residential real estate sales market has stabilized and improved over the past year, albeit at somewhat lower levels and with less overall transaction volume. Sellers who control the best properties are in a position to benefit from the temporary lack of product on the market and to take advantage of the more selective albeit aggressive capital pursuing those properties that are being sold.

A elevatored, pre-war apartment building such as 114 West 86th Street and commanding such a superior location will attract the most qualified all cash buyers with the ability to close quickly. In fact, it is due to these market conditions and Eastern's efforts to date that we have been able to procure the highest qualified bid for the property so far, which may end up being the most aggressive offer that is the most likely to close. We have also identified other bidders that might be equally aggressive in the bids and equally qualified to close.

Debt financing is now flowing again and owner/operators with strong track records and adequate levels of liquidity are able to secure financing and see transactions through to a closing.

There is currently a dearth of quality investment property available for sale in the market. This temporary reduction in competition adds favorably to the opportunity to sell 114 West 86th Street and focus buyers on this exceptional residential location and the strong future potential of the Property.

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

## Why Choose Eastern Consolidated?

Eastern Consolidated is proud of its 30-year history of successful service to the most prominent real estate families, professional investors and developers in the New York region. Eastern is often the low profile and yet high-powered agent of choice by knowledgeable industry insiders.

**As mentioned, we already proved that we can deliver the strongest offers for 114-116 West 86th Street when we obtained the three highest bids to be presented before the New York court-ordered auction, prior to the Nevada Star filing and the Bernstein offer.**

Some of the best and brightest in the Manhattan market who have chosen us as their agent include:

| Financial Institutions |
|---|
| Argent Ventures |
| AREA Property Partners |
| Blackstone Real Estate Advisors |
| Citibank |
| Credit Suisse First Boston |
| Goldman Sachs |
| JP Morgan Chase Manhattan Bank |
| M & T Bank |
| Morgan Stanley Real Estate Investment Inc. |
| Sterling Equities |
| Westbrook Partners |
| Wrightwood Capital |
| Sun Life Insurance |
| Capital One Bank |
| Brooklyn Federal Savings Bank |

| Investors/Developers |
|---|
| Equity Residential |
| Glenwood Management |
| J.D. Carlisle |
| John L. Loeb Family |
| Larry Silverstein |
| Lloyd Goldman |
| Related Companies |
| RFR Holding |
| SL Green |
| The Clarett Group |
| The Durst Organization |
| The Edgar Bronfman Family |
| The Rose Family |
| The Wilpon Family |
| The Witkoff Group |
| Vornado Realty Trust |

Through a an expedited Eastern Consolidated marketing campaign, 114 West 86th Street will elicit a positive and excited response from the residential investment and management community.

We will conduct and manage to successful completion a dynamic sales process designed to maximize sales proceeds and insure a successful transfer of the asset for the Seller. We create the auction by executing simultaneous campaigns, both within Eastern's own ranks of 40 professional brokers and, in active participation with the outside brokerage community.

Given the circumstances of the sale of 114 West 86th Street, and the timetable which has been mandated by the court, we will focus our efforts on procuring a buyer that can close by May 4th or whatever date shall be mandated by the court.

A bid deadline will require investors to focus on the asset and put their best foot forward by that date certain.

We have successfully completed this process with many of our clients who agree that, when properly executed, this format regularly produces the highest value in the shortest amount of time.

## Large Team of New York Sales Professionals

The internal process involves the entire Eastern Consolidated roster of 40 brokers, experienced sales professionals, many of which have advanced legal, tax and financial experience and whom actively compete to procure the winning bidder.

The Eastern Consolidated effort is led by the highly-qualified listing team (which also aggressively competes to find the buyer) including Peter Hauspurg, Chairman & CEO, David Schechtman, Esq., Principal, Senior Director, Lipa Lieberman, Director, and Scott Ellard, Financial Services.

Each member is equipped to make the many knowledgeable follow-up calls and contacts necessary to identify and motivate the greatest number of potential purchasers known or believed to be capable of concluding a sale in the high end of the bidding range for such an asset by the deadline.

114 West 86th Street is an asset for which many types of buyers have competed and will continue to compete including wealthy investors (local, national and international), well-known real estate families, and the more conservative, risk averse funds, among others.

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

All of our brokers are highly qualified with a depth of knowledge and experience to present the property attributes in their most positive light for each type of buyer. Eastern's brokers methodically cover all the likely prospective purchasers (usually several thousand contacts) and are also highly incentivized to think outside the box in terms of possible candidates. The ultimate winner in this intense competition is of course, the Seller.

## Maximum Exposure Through Co-Brokerage

This asset falls into a special class of properties which will attract interest from both rental operators and convertors alike. We recognize that the residential market is best accessed through a wide and universal exposure of the property within the investment brokerage community. This arena is fiercely competitive and is difficult to manage and Eastern Consolidated is uniquely suited to induce cooperation within this professional community.

Eastern Consolidated has an excellent reputation of working well with outside commercial brokers as well as actively encouraging their participation in the marketing process and their seeking to bring forward any qualified prospective purchaser. Shortly after Eastern distributes information to its own list of purchasers, it distributes preliminary information to proven members of the brokerage community outside its own walls, ensuring complete coverage and comprehensive service to Seller.  We have found that marketing programs that act contrary to this can, in some instances, leave additional profits "on the table" that the Seller does not ultimately realize.



**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Select Eastern Consolidated Upper West Side Residential Transactions

| Property | Elevator/Walk-up | # of Units | Gross SF |
|---|---|---|---|
| 207-211 West 106th Street | Elevator | 155 | 214,201 |
| 223-225, 233-235, 241, 243, 245, 247, 249, 251 West 109th Street (8 Buildings) | Walk-Up | 147 | 97,243 |
| Westside Stories - 150 West 87th Street, 55 & 65 West 95th Streets | Elevator | 138 | 139,350 |
| 201 West 92nd Street & 200-204 West 93rd Street | Elevator | 134 | 137,681 |
| 585 West End Avenue | Elevator | 132 | 209,113 |
| 205 West 88th Street (Sold Twice) | Elevator | 116 | 96,058 |
| 215 West 90th Street | Elevator | 95 | 153,647 |
| 256-258 West 97th Street | Walk-up | 93 | 26,334 |
| 845 West End Avenue | Elevator | 91 | 200,981 |
| 694-698 West End Avenue (Sold Twice) | Elevator | 91 | 91,494 |
| 642-64 Amsterdam Avenue (7-Buildings) | Walk-Up | 74 | 69,535 |
| 46-48 West 73rd Street | Elevator | 70 | 57,657 |
| 41 West 72nd Street | Elevator | 67 | 99,456 |
| 2568-2574 Broadway aka 226 & 230 West 97th Street | Elevator | 65 | 100,000 |
| 519 & 535 Columbus Avenue | Elevator | 62 | 95,530 |
| 220 West 93rd Street aka 2490-2498 Broadway (Sold Twice) | Elevator | 60 | 103,516 |
| 2512-2518 Broadway (Sold Twice) | Elevator | 60 | 62,280 |
| 500 West End Avenue (Sold Three Times) | Elevator | 59 | 125,673 |
| 53 West 72nd Street | Elevator | 57 | 30,269 |
| 500 West End Avenue & 41 West 72nd Street | Elevator | 55 | 225,129 |
| 201 West 87th Street aka 560-562 Amsterdam Avenue | Elevator | 55 | 19,200 |
| 370 Columbus Avenue | Elevator | 54 | 31,125 |
| 250 West 78th Street aka 2191-2199 Broadway | Walk-Up | 50 | 45,976 |



114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Select Eastern Consolidated Upper West Side Residential Transactions *cont'd*

| Property | Elevator/Walk-up | # of Units | Gross SF |
|---|---|---|---|
| The Canterbury - 204-210 West 108th Street (Sold Twice) | Elevator | 49 | 42,186 |
| 420-428 Amsterdam Avenue (5 Buildings) | Walk-Up | 46 | 48,835 |
| 66-70 West 109th Street | Walk-Up | 44 | 30,056 |
| 132 & 134 West 109th Street | Walk-Up | 40 | 18,720 |
| 212-214 West 109th Street | Walk-Up | 40 | 27,380 |
| 115 West 73rd Street | Elevator | 38 | 55,012 |
| 212-214 West 109th Street | Walk-up | 36 | 27,380 |
| 22 Riverside Drive | Elevator | 33 | 52,672 |
| 190 Riverside Drive | Elevator | 29 | 79,978 |
| 340-342 West 87th Street | Elevator | 28 | 29,303 |
| 505-507 Columbus Avenue (Sold Twice) | Walk-Up | 25 | 20,727 |
| 475 Columbus Avenue | Walk-Up | 23 | 13,667 |
| 465 Columbus Avenue | Elevator | 20 | 19,303 |
| 110 West 86th Street | Elevator | 19 | 18,545 |
| 706-708 Amsterdam Avenue | Walk-Up | 18 | 13,668 |
| 45 West 85th Street | Walk-Up | 16 | 7,054 |
| 291 Central Park West | Elevator | 15 | 35,000 |
| The Barrington - 203 West 81st Street | Elevator | 12 | 59,153 |
| 28 West 96th Street | Walk-Up | 12 | 6,828 |
| 42 West 96th Street | Walk-Up | 10 | 7,370 |
| 205 West 107th Street | Walk-Up | 10 | 14,255 |
| The Clifton House - 127 West 79th Street | Elevator | 6 | 123,898 |
| 316 West 84th Street | Elevator | 6 | 3,600 |
| 251 West 89th Street (Sold Three Times) | Elevator | 4 | 7,153 |

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Select Eastern Consolidated Residential Transactions



**$83,125,000**
**845 West End Avenue**
New York, New York
91 Units



**$67,200,000**
**150 West 87th Street,**
**55 & 65 West 95th Streets**
New York, New York
3-Bldgs, 138 Units



**$61,000,000**
**201 West 92nd Street &**
**200-204 West 93rd Street**
New York, New York
134 Units



**$26,000,000**
**205 West 88th Street**
New York, New York
113 Units



**$21,000,000**
**370 Columbus Avenue**
New York, New York
53 Units



**$20,500,000**
**730 Riverside Drive**
New York, New York
63 Units

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services



**$17,500,000**
**500 West End Avenue &**
**41 West 72nd Street**
New York, New York
82 Condo Units



**$16,750,000**
**The Canterbury**
**204 West 108th Street**
New York, New York
49 Units



**$14,250,000**
**25 Central Park West**
New York, New York
14 Units



**$9,950,000**
**132-34 West 109th Street**
New York, New York
40 Units



**$3,600,000**
**29 West 69th Street**
New York, New York
7 Units



**$3,500,000**
**251 West 89th Street**
New York, New York
4 Units

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services



**$225,000,000**
**East Harlem Portfolio**
New York, New York
48-Bldgs, 1,199 Units



**$210,000,000**
**240 East 27th Street**
New York, New York
324 Units



**$170,000,000**
**The Camargue**
**303 East 83rd Street**
New York, New York
261 Units



**$130,500,000**
**245 East 19th Street**
New York, New York
292 Units



**$126,000,000**
**The Easton**
**360 East 65th Street**
New York, New York
159 Units



**$110,000,000**
**Devonshire House**
**20 East 10th Street**
New York, New York
141 Units

**EASTERN
CONSOLIDATED**
Real estate investment services

114-116 WEST 86TH STREET, NEW YORK, NY



**$39,000,000**
**322 -330 East 63rd Street**
New York, New York
93 Units



**$34,000,000**
**19-23 Street Mark's Place**
New York, New York
46 Units



**$32,000,000**
**Riverview II**
**47 Riverdale Avenue**
Yonkers, New York
343 Units



**$31,400,000**
**364-70 West 18th Street**
**aka 112-126 9th Avenue**
New York, New York
72 Units



**$28,250,000**
**201 East 35th Street aka**
**525-531 Third Avenue**
New York, New York
86 Units



**$27,500,000**
**1343-1347 Second Avenue**
**& 242 East 71st Street**
New York, New York
58 Units

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services



**$24,500,000**
**Intervest**
**Bronx Portfolio**
Bronx, New York
6-Bldgs, 179 Units



**$23,500,000**
**Clinton Properties**
**331-37 West 43rd Street**
New York, New York
75 Units



**$19,500,000**
**Stone Ridge Manor**
**343-59 Central Park Avenue**
Scarsdale, New York
40 Units



**$19,250,000**
**210-220 Sherman Avenue**
New York, New York
125 Units



**$19,000,000**
**922-926, 930-932,**
**939-940, & 944-950**
**Bronx Park South**
Bronx, New York
206 Units



**$18,600,000**
**67 Livingston Street**
Brooklyn, New York
76 Units

Declaration Exhibit 1 - Page 24

Exhibit 1 - Page 19    PAGE 13

**EASTERN CONSOLIDATED**
Real estate investment services

114-116 WEST 86TH STREET, NEW YORK, NY



**$16,500,000**
**21-23 Peck Slip**
New York, New York
20 Units



**$16,450,000**
**259-261 Broome Street**
New York, New York
55 Units



**$15,601,535**
**125-60 & 120-45 Sutphin Blvd**
Jamaica, New York
212 Units



**$15,400,000**
**140 East 17th Street**
New York, New York
46 Units



**$15,000,000**
**2950 Park Avenue**
Bronx, New York
216 Units



**$14,650,000**
**111-115 East 7th Street**
New York, New York
45 Units

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services



**$14,300,000**
**232-234 West 14th Street**
New York, New York
39 Units



**$10,950,000**
**213-215 East 4th Street**
New York, New York
28 Units



**$9,750,000**
**108 West Houston Street &**
**169 Thompson Street**
New York, New York
12 Units



**$8,500,000**
**The Quincy**
**11 Park Avenue**
Mt. Vernon, New York
102 Units



**$9,100,000**
**60 East 66th Street**
New York, New York
10 Units



**$8,650,000**
**244 East 21st Street**
New York, New York
24 Units

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Plot Plan



**EASTERN CONSOLIDATED**
*Real estate investment services*

114-116 WEST 86TH STREET, NEW YORK, NY

# Location Map



**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Marketing Process

Eastern Consolidated is prepared to undertake this assignment immediately and dedicate every available resource to effect the successful disposition of the Property, producing maximum value in a short period of time.

## Structure and Sequence

We fully understand the time constraints on the sale of 114-116 West 86th Street and Eastern Consolidated is prepared to undertake this assignment immediately and dedicate every available resource to see it through to successful completion. We estimate that valuation and production of the offering brochure will take approximately 2-3 days from the date of appointment as exclusive agent and delivery of pertinent information by Seller. The initial identification of potential buyers will begin immediately and will be finalized while the package is produced. The distribution of materials will commence once the package has been approved by you.

A critical component of the marketing program is the management of communications with, and the distribution of information to, prospective buyers. Eastern Consolidated utilizes a well-organized system to register buyers, supervise property tours and control the flow of data to prospective purchasers by our experienced agents.

Follow up is critical. Merely sending out hundreds of summaries and waiting for a response does not ensure that all the players will be sufficiently excited to participate in the bidding. All of Eastern's agents proactively call the majority of prospects on the list to promote the sale and to verify "in person" their level of interest.

At every step of the process, Eastern Consolidated will advise the Seller of the progress to date and of any new developments in the market, continually evaluating the success of the marketing strategy.

## Offering Memorandum

### Creating a First Class Offering Memorandum
In preparing the offering memorandum, Eastern Consolidated will perform a preliminary due diligence review of all pertinent information. Once the necessary data is gathered, we will produce a comprehensive offering brochure for the Property. The brochure will be organized as follows:

### Investment Summary
Outlines the investment opportunity and the future potential of the Property and summarizes developments in the surrounding area.

### Property Description
Contains interior and exterior photographs of the Property and a site plan. The physical condition of the property is detailed and a zoning summary and floor plans are included (when available).

### Financial Analysis
Includes a stacking plan, a projected income and expense tabulation and a summary of relevant debt financing (if any). We will clarify with Seller the implications of any prepayment penalties and the value of any mortgage recording tax savings.

### Market Data
Discusses the general character of the overall and niche markets, recent sales and rental rates of comparable properties.

### Location Description
Describes the surrounding neighborhood, and includes maps and lists of surrounding points of interest. Discuss convenient transportation access, unique amenities of the area and the long-term outlook of this particular submarket.

**EASTERN CONSOLIDATED** ™

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Terms of Engagement

## Commission Schedule

The sale of the Property is a challenging opportunity, and a project that every member of the Eastern Consolidated team is committed to successfully completing.

We propose to conduct the marketing and sale of these Properties for a commission equal to:

**2.1% of the gross sales price**

If a bonafide and properly registered third party broker procures the bidder who purchases the property, which Eastern will split with the outside broker on a 50/50 basis.

## Marketing Budget

Our goal is to achieve the highest possible sale price for the Property by presenting it in its best light to the broadest universe of prospective purchasers. To that end, **Eastern Consolidated is prepared to cover all marketing expenses including classified advertising, public relations, a first class offering memorandum, internet exposure and mailings, all with the prior approval of the Court.**

## Retention Term

In consideration of the marketing plan and strategy outlined herein, we request the exclusive right to sell the asset for a period of nine (9) months, with post-registration rights to be agreed upon.

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY                                Real estate investment services

# Marketing Team

The effectiveness of even the most carefully crafted marketing plan will ultimately be determined by the individuals implementing the plan and the quality and depth of the resources deployed by their supporting organization. The marketing team for the disposition of the Property will be comprised of individuals possessing a unique acumen in the sale of New York properties.

**Presented to:**
**Samuel Biggs, Plan Administrator For The Post Confirmation Estate of Nevada Star, LLC**

**Marketing Team**

**Peter Hauspurg**
Chairman & CEO

**David Schechtman, Esq.**
Principal, Senior Director

**Lipa Lieberman**
Director

**Scott Ellard**
Director, Financial Services

**Outside Brokerage Community**

**Eastern Consolidated Sales Staff**

40 Brokers specializing in NYC Property Sales



114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services



### Peter Hauspurg Chairman & CEO

Peter Hauspurg, Chairman and CEO, founded Eastern Consolidated with partner Daun Paris in 1981. He leads the firm's global deal-making and property sourcing activities. As a tax attorney, he has been instrumental in developing Eastern's reputation for real estate problem-solving and arranging alternative acquisition and disposition structures to minimize the tax effects in transactions that have such issues to overcome.

Mr. Hauspurg is one of the nation's most prolific deal makers, and has originated for acquisition or disposition virtually every real estate asset type, including billions of dollars of office buildings, apartment buildings, hotels, development sites, garden apartments and retail properties of all shapes and sizes. He has represented some of the country's most respected professional investors, including the John L. Loeb family, the Edgar Bronfman family, George Soros, Larry Silverstein, and Stephen L. Green, among many others.

During the extended recession of the 1990's Mr. Hauspurg led Eastern's workout efforts which included representing numerous lending institutions in asset sales of all types, as well as consulting on their behalf in negotiating difficult valuation issues with the FDIC. Mr. Hauspurg and his team also arranged the largest commercial property auction ever held in NYC, where over 1,000 properties went on the block in an all-day session at the Waldorf Astoria in 1993.

In his capacity as an Seller/operator of Manhattan multifamily properties, Mr. Hauspurg is also CEO of Rockledge Properties, a full service residential property management, construction and leasing organization that owns or manages over 1,000 apartments in various Manhattan locations through REM Residential. Mr. Hauspurg and his wife/partner Daun Paris are also presently completing a gut rehabilitation of three Harlem apartment buildings which will become affordable housing under New York City's Third Party Transfer Program.

Mr. Hauspurg is a member of the Board of Governors of The Real Estate Board of New York (REBNY) and is a past Chairman of its Sales Brokers Committee. He is a guest lecturer in the Board's Continuing Education Program and is a frequent industry speaker. Mr. Hauspurg sits on the New York City Board of Directors and the Mortgage Committee of the Manufacturers & Traders Trust Co. of Buffalo, a New York Stock Exchange bank with over $60 billion in assets. Peter also is the Vice Chairman of the Board of the Westchester Land Trust, and is a member of the Board of Trustees of the Jewish Child Care Association (JCCA), a nonsectarian organization founded in 1822 and dedicated to providing housing, medical care and vocational training to needy children and families in the Tri-State region.

Mr. Hauspurg is a graduate of Duke University and received his Juris Doctor degree from Fordham Law School with a specialization in tax law.



114-116 WEST 86TH STREET, NEW YORK, NY



### David Schechtman, Esq. Principal, Senior Director

David Schechtman has completed more than $1.6 billion of transactions at Eastern Consolidated.

Recently recognized by NY Inc as one of the "15 People You Should Know"; The Commercial Observer as one of the 10 Big Time Brokers to Watch in 2010; The Real Deal as one of the 25 Most visible New York City Real Estate Players POST-CREDIT CRUNCH; the Observer as a Leader in Debt Sales; Real Estate Weekly as one of the City's Rising Stars and named Eastern Consolidated's 2006 Most Promising Broker, Mr. Schechtman is presently involved in the purchase and sale of New York real estate and debt tied to several buildings, ground leases, and development sites in New York and beyond.

Mr. Schechtman joined Eastern Consolidated after practicing law for five years in the New York Office of DLA Piper. At DLA, Mr. Schechtman represented clients in all phases of commercial and property litigation and bankruptcy.

Mr. Schechtman is a Senior Director in Eastern's Loan Sale and Turnaround Group, which is focused on the sale of First Mortgages, Participations, Mezzanine Loans, Real Property and arranging Equity Placement linked to financial distress or restructuring. He works with lenders attorneys, trustees, and turnaround advisors in maximizing the value of real property—pre and post-foreclosure and/or bankruptcy filing.

Mr. Schechtman is a member of The Real Estate Board of New York, the Real Property Sections of the New York County Lawyers' and the New York State Bar Associations, the Turnaround Management Association, the Mortgage Bankers Association of New York and the New York Institute of Credit. He donates his time to City Harvest and Companions in Courage, two New York based charities, and is a marathoner and avid golfer.

He lives in Westchester with his wife, Caryn, and their children Evelyn and Leo.

**2010 Transactions**

— $39,500,000 sale of First Mortgage secured by 555 Sixth Avenue at PAR - 176,442 square foot, 178 unit residential building.

— $49,000,000 – introduced private equity firm to 386 Park Avenue South which they recapitalized in the 2nd Quarter.

— $10,750,000 – exclusively represented lender and procured the buyer of a Senior Secured First Interest in 313-315 West 35th Street.

— $21,000,000 sale of 220 & 240 Riverside Boulevard; two parking condominiums located in Trump buildings.

— $23,000,000 sale of 80-100-120 Riverside Boulevard; three parking condominiums.

— Corner of 84th and Lexington - $10,000,000 – represented seller and procured buyer. A corner mixed use building with 100 feet of Avenue frontage.

— 12-16 Monitor Street – represented lender and procured the buyer of a non-performing Williamsburg construction loan. $4,100,000 Sale.

— 390 Lorimer Street - represented lender and procured the buyer of a non-performing Williamsburg construction loan.

114-116 WEST 86TH STREET, NEW YORK, NY

### David Schechtman, Esq. Principal, Senior Director

**2009 through 2007 Transactions**

— $30,000,000 Equity Placement in the acclaimed Jean Nouvel Nouvel Chelsea just weeks after the Wall Street Journal reported on its construction cost overruns.

— Sale of a $34,000,000 Mezzanine Loan from on a Manhattan Hotel under construction to a private equity fund.

— Brokered the sale of a $16,750,000 Mezzanine loan on a New York City Asset, originated by a Wall Street Bank, to a private entity.

— In Re Borda Products, (SDNY 2007) – $17,000,000 disposition of Chapter 11 real estate as sets at 80-88 Bruckner Blvd, Bronx.

— St. John's Terminal (344-352 West Street) – $215,000,000 structured purchase of 50% of the asset by an international investment fund.

— A 124,000 square foot development site in the West Chelsea High Line District (537-545 West 27th Street) for $42,000,000 (exclusively represented seller and procured buyer).

— A $34,000,000 development site on the West Side Highway (357-361 West Street) allowing for 88,000 buildable square feet.

— Arranged a $23,000,000 equity investment for the acquisition of 100-104 Fifth Avenue.

— 431-437 West 37th Street a $26,000,000 acquisition of former Central Parking lot and adjacent building (represented seller, buyers and negotiated the Central Parking buyout).

— One Hanson Place, Brooklyn, Exclusively represented seller and procured buyer for the $10,800,000 commercial condominium in Brooklyn's tallest building.

— 516-518 West 27th Street, a $10,000,000, 24,000 square foot development site which will be a boutique hotel.

— 67 Livingston Street, Brooklyn, an $18,600,000, 50,000 square foot, 76-unit residential building. (Represented buyer – represented seller two months later in the NNN lease of the building to New York University as a dormitory).

— 6-10 Clark Street, Brooklyn, a $14,000,000, 41-unit residential building. (Represented buyer).

— 844 Second Avenue, exclusively represented the seller of the corner property at East45th and Second Avenue for $5,250,000 – at more than $1,000 per square foot.

— Represented publicly traded Select Medical Corporation in the $4,500,000 sale of the Kessler Rehabilitation Institute in East Orange NJ and procured the buyer.

— A Lower-East Side development site for a neighborhood high price of $350 per buildable square foot.

— High Line Air Rights for $325 per buildable square foot from a private Seller to Avalon Bays Communities.

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY                                    Real estate investment services



### Lipa Lieberman Senior Director

Lipa Lieberman is a director at Eastern Consolidated specializing in investment sales of all property types.

Prior to joining the firm, Mr. Lieberman worked as Sales Director at Cornerstone Property Group, a New York-based commercial real estate brokerage firm where he successfully sold properties in excess of $60 million during his first three years in real estate.

Before that, Mr. Lieberman was self-employed as the Director of a construction firm specializing in renovations of residential properties in Brooklyn. He oversaw the gut renovation and sale of an eight-unit apartment building and two single-family homes, one of which sold for over $2 million.

Mr. Lieberman began his professional career as Assistant to the Manager at Blackwood Trading. He was originally assigned to assist traders in the execution of their trades and later assumed a management position.

As a graduate of Rabbinical College of America, Mr. Lieberman received a bachelor's degree in Jewish studies and studied abroad at the Rabbinical Seminary of Venice in Venice, Italy. He also attended the Central Tomchei Temimim Lubavitch where he was ordained as a rabbi.

Recent highlights of some of his sales achievements include:

— 34-36 East 51st Street - represented Uni-Credit and procured the purchaser in the sale of this 38,089 square foot office building. $30,000,000

— 555 Sixth Avenue - Sale of First Mortgage secured by at PAR - 176,442 square foot, 178 unit residential building. $39,500,000

— 315 West 115th Street – represented the seller in the sale of this 6-story, 48-unit residential building. $6,700,000 sale.

— 1928-1940 Ocean Avenue - represented the seller and procured the buyer in the sale of this 6-story, 55-unit residential building. $7,000,000 sale.

— 133 Greenwich Street - exclusively represented the lender for the note and deed sale in this 156,000 square feet development site. $19,600,000

— Corner of 84th and Lexington - $10,000,000 – represented seller and procured buyer.  A corner mixed use building with 100 feet of Avenue frontage.

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services



### Scott Ellard Financial Services

Since joining Eastern Consolidated in 1989 Scott Ellard has played an advisory role in structuring the acquisition and disposition of various real estate transactions. His background in property management, construction management and mortgage financing enable him to provide the Company with complex financial analysis and technical support throughout all phases of the sales cycle.

During the course of a sales assignment, Scott actively interfaces first with the firm's clients as sellers, in conducting the preliminary due diligence necessary for a successful marketing campaign. Out of this process he oversees the preparation of the offering memoranda to ensure an attractive package that presents the asset in its best light with reliable content that will survive a contract and closing.

Scott then coordinates with many potential purchasers at once, offering them detailed, customized assistance in immediately adjusting income and expense forecasts tailored to reflect their particular tenancy and economic assumptions, often with multiple scenarios developed simultaneously. In addition to financial due diligence and the structuring of cash flow assumptions and projections, he is responsible for various analyses involving Operating Leaseholds, Land-only Fee Interests, Large Office Buildings, Rent Regulated Multi-family Transactions, Parking Facility Leases, Unsold Packages of Sponsor-held Cooperative and Condominium Units, Land Developments and Commercial-to-Residential Conversions.

Disposition assignments have included 295 Madison Avenue (300,000 square foot office building) 28 East 44th Street (350,000 square foot office building), 245 East 19th Street (292 unit apartment building with blockfront retail), 300 East 23rd Street (130,000 square foot ground-up development site), 150 East 58th Street (600,000 square feet office building), 140 West 57th Street (250,000 square foot Class-A office condominium), 250 Park Avenue South (122,000 square feet) and 130 William Street (130,000 square feet), 1875 Broadway (retail and theater condominium), 838 Fifth Avenue (sealed-bid auction of property at 65th Street) as well as representing the Bank of Tokyo-Mitsubishi in the sale of its mortgage debt on 80 & 90 Maiden Lane in the early 1990's.

Mr. Ellard oversees Eastern Consolidated's information systems which provide the necessary tools for the successful deployment of Eastern Consolidated's marketing campaign. Eastern Consolidated maintains property and client databases through which the physical and financial details of properties are tracked and matched with investor criteria. A custom database application built in-house assists in identifying pre-emptive bidders prior to "widening the net" to the broader market.

Mr. Ellard is a member of The Real Estate Board of New York.

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Partial Client References

---

Leonard Litwin
Glenwood Management Corp.
1200 Union Turnpike
New Hyde Park, NY 11040
(718)343-6400

Avi Banyasz
WestBrook Partners, L.L.C.
1370 Avenue of the Americas, Suite 2800
New York, NY 10019
(212) 849-8810

Kenneth S. Horn, Esq.
Alchemy Properties, Inc.
200 Madison Avenue, 20th Floor
New York, NY 10016
(212) 683-0044

Christopher V. Albanese
Albanese Development Corp.
1050 Franklin Avenue
Suite 500
Garden City, NY 11530
(516) 746-6000

Gary Jacob
Glenwood Management Corp.
1200 Union Turnpike
New Hyde Park, NY 11040
(718) 343-6400

Miki Naftali
El-Ad Properties - NYC
225 Fifth Avenue, Suite 501
New York, NY 10010
(212) 807-6161

Jonathan D. Gray
Blackstone Real Estate Advisors
345 Park Avenue
New York, NY 10154
(212) 583-5803

Craig D. Wood
Cape Advisors, Inc.
486 Broadway, 6th Floor
New York, NY 10013
(212) 343-1700

Dov Hertz
Extell Development Company
800 Third Avenue,4th Floor
New York, NY 10022
(212) 712-0633

Kenneth S. Aschendorf
APF Properties, LLC
25 West 45th Street
New York, NY 10036
(212) 586-3900

Daniel Hollander
The Clarett Group
15 East 26th Street, 11th Floor
New York, NY 10010
(212) 603-3409

Allen F. Goldman
SJP Properties
Morris Corporate Center IV
379 Interpace Parkway
Parsippany, NJ 07054
(973) 794-2150

---

**EASTERN CONSOLIDATED**

114-116 WEST 86TH STREET, NEW YORK, NY

Real estate investment services

# Client Testimonials

"Our long-standing relationship with Eastern Consolidated has added to our strategy for building our leadership position in the commercial market."
**Stephen L. Green, Chairman and CEO**
**SL Green Realty Corporation**

"Eastern Consolidated has an in-depth understanding of complex real estate issues. Their creative problem solving approach translates into deals that close."
**Joseph S. Lesser**
**Loeb Partners Realty**

"We've worked with Eastern Consolidated for 20 years. They have been involved in our most successful projects. In this competitive market, they facilitate successful transactions, never compromising their strict code of business conduct."
**Douglas Durst, CEO**
**The Durst Organization**

"Eastern Consolidated's long history and exceptional knowledge of 21 Astor Place gave us the comfort level we needed to acquire the property and turn it into one of the most successful condominium conversions."
**Miki Naftali, President and CEO**
**El-Ad Properties**

"Eastern Consolidated's market acumen results in completed transactions since they understand the dynamics of New York's real estate market. The success of our acquisitions and disposition initiatives are directly related to Eastern's hard work and efforts on our behalf."
**Richard A. Wilpon, Senior Executive Vice President**
**Sterling Equities**

"I have been involved in numerous residential transactions with Eastern Consolidated and my experience has been very comfortable and professional. When I do a deal, I like to do it with this company because they have the information I need and it is reliable."
**Martin Scharf, Principal**
**ABRO Management**

"We have acquired several of our recent development sites and air rights through Eastern Consolidated. We like the way they approach complex situations and dedicate themselves to the deal."
**Gary Jacob, President**
**Glenwood Management Corporation**

"Eastern Consolidated has consistently identified properties well before they were announced to the market. Their market knowledge has become an integral component in our competitive edge."
**Jeff T. Blau, President**
**Related Companies**

"When it comes to evaluating complex transactions and presenting creative financing solutions, the professionals at Eastern Consolidated have proven themselves time and again."
**Avi Banyasz, Principal**
**Westbrook Partners**

Eastern Consolidated
355 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone    212.499.7700
Facsimile    212.499.7718
www.easternconsolidated.com



**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as ***APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011*** will be served or was served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***April 5, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***April 5, 2011***, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| Honorable Peter Carroll | United States Trustee (LA) | **Debtor** |
| United States Bankruptcy Court | Attention: Russell Clementson | Nevada Star, LLC |
| 255 E Temple Street, | 725 S. Figueroa St. 26th Floor | c/o Claudia Raffone |
| Courtroom 1539 | Los Angeles, CA 90017 | 1401 Claridge Drive |
| Los Angeles, CA 90012 | | Beverly Hills, CA 90210 |

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**BY EMAIL**

| | |
|---|---|
| Catherine A. Grad - cgrad@grad-weinraub.com | Attorney for Tenants of 114 West 86thSt. |
| Andrew S. Hersch - ahirsch@BernsteinRE.com | Potential Buyer |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 5, 2011** | Michael M. Mason | /s/ Michael M. Mason |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                **F 9013-3.1.PROOF.SERVICE**
822135.5

## Additional Service Information
## VIA NOTICE OF ELECTRONIC FILING (NEF)

Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
Thomas M. Geher (tmg@jmbm.com)
Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)
David L. Neale on behalf of Creditor Beys , Stein & Mobargha LLP (dln@lnbrb.com, kjm@lnbrb.com)
Sandor T. Boxer on behalf of Creditor Castle Oil Corporation (tedb@tedboxer.com)
Michael W. Tan on behalf of Creditor United States of America, IRS (michael.w.tan@irscounsel.treas.gov)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## File a Motion:

2:10-bk-26188-PC Nevada Star, LLC.

Type: bk                  Chapter: 11 v              Office: 2 (Los Angeles)
Assets: y                 Judge: PC                  Case Flag: CONS,
                                                     JNTADMN, LEAD,
                                                     NoFeeRequired

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Katherine M Windler entered on 4/5/2011 at
12:23 PM PDT and filed on 4/5/2011
**Case Name:**          Nevada Star, LLC.
**Case Number:**        2:10-bk-26188-PC
**Document Number:** 267

**Docket Text:**
Application to Employ Eastern Consolidated as Real Estate Broker *for the Estate of
Nevada Star, LLC, Pursuant to Section 328(a) of the Bankruptcy Code Effective April 13,
2011* Filed by Creditor Madison Realty Capital LP (Windler, Katherine)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Nevada Star- Application to Employ Broker.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/5/2011] [FileNumber=44266886-0
] [95eb1287d40db4b57457bbc8cba342cc5d0cdbd9860e6fae8e96b93f15b4bdf9aa8
807601c4409c1ac0eb666dc1689d520dbe6caadc0590c0a7c585cfc82101e]]

**2:10-bk-26188-PC Notice will be electronically mailed to:**

Brett A Axelrod on behalf of Creditor Fox Rothschild LLP
baxelrod@foxrothschild.com

Michael Jay Berger on behalf of Debtor Nevada Star, LLC.
michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com

Vivian Bodey on behalf of Plaintiff United States Of America
vivian.bodey@irscounsel.treas.gov

Sandor T Boxer on behalf of Creditor Castle OIl Corporation
tedb@tedboxer.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Thomas M Geher on behalf of Creditor Courtesy NEF
tmg@jmbm.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star,
LLC
lew@landaunet.com

Krikor J Meshefejian on behalf of Creditor Beys, Stein & Mobargha LLP
kjm@lnbrb.com

David L. Neale on behalf of Creditor Beys, Stein & Mobargha LLP
dln@lnbrb.com

R G Pagter on behalf of Creditor Henry Campbell
gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com

Michael W Tan on behalf of Creditor UNITED STATES OF AMERICA, IRS
michael.w.tan@irscounsel.treas.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Katherine M Windler on behalf of Creditor Madison Realty Capital LP
katherine.windler@bryancave.com

**2:10-bk-26188-PC Notice will not be electronically mailed to:**

Michael Jay Berger
9454 Wilshire Blvd, 9th fl
6th Floor
Beverly Hills, CA 90212-2929

Lewis R Landau
,

# EXHIBIT 2

**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
Email:          katherine.windler@bryancave.com

Attorneys for Madison Realty Capital LP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br><br>NEVADA STAR, LLC,<br><br><br>                Debtor.<br><br>Tax ID / EIN: 68-0658426 | Case No.  2:10-bk-26188-PC (Lead Case)<br><br>Administratively Consolidated with Case No. 2:10-bk-27683-PC<br><br>Hon. Peter Carroll<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF LIPA LIEBERMAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 6, 2011** |
| In re<br><br><br>CLAUDIA RAFFONE,<br><br>                Debtor. | Local Bankr. Rule 9013-1(o)(1)<br><br>No Hearing Set |

SM01DOCS831894.1

VERIFIED STATEMENT OF LIPA LIEBERMAN IN
SUPPORT OF APPLICATION

1    I, Lipa Lieberman hereby declare as follows:

2    1.    I am a sales director of Eastern Consolidated ("EC").  I have personal knowledge of

3    the matters set forth herein.

4    2.    I am submitting this Verified Statement on behalf of EC in support of the

5    "Application For:  (1)  Order Shortening Time, And (2)  Authorizing And Approving The

6    Employment Of Eastern Consolidated As Real Estate Broker For The Estate Of Nevada Star, LLC

7    Pursuant To Section 328 (A) Of The Bankruptcy Code Effective April 6, 2011" in which Madison

8    Realty Capital, L.P. ("Madison"), a prepetition creditor of Nevada Star, LLC ("Debtor"),  in the

9    above-referenced jointly administered Chapter 11 cases seeks an order affecting only the Debtor's

10    estate and authorizing the employment and retention of EC as real estate broker for the chapter 11

11    estate (the "Application").

12    3.    EC is seeking employment under the terms and conditions set forth in the

13    Application.  Madison, the Official Committee of Unsecured Creditors, Henry Douglas Campbell,

14    Fox Rothschild, the IRS and many other creditors have requested that EC provide the chapter 11

15    estate and the anticipated post confirmation administrator with real estate brokerage services in

16    connection with the creditors' efforts to sell certain real property owned by the Debtor as part of a

17    contested chapter 11 plan.

18    4.    With respect to EC's connections with the Debtors, their creditors and any other

19    parties in interest, I hereby confirm the following to the creditors and to the Court, and to the best

20    of my knowledge, information, and belief:

21    5.    Neither I nor any other EC member or officer has any relationship to the creditors

22    or the Debtors.

23    6.    Neither I nor any other EC director or officer, to the best of my knowledge, is a

24    holder of any membership interests in the Debtor entity.

25    7.    To the best of my knowledge, no one within EC generally has any connection to

26    the United States Trustee for the Central District of California or any person employed in the

27    Office of the United States Trustee for the Central District of California ("OUST").

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

VERIFIED STATEMENT OF LIPA LIEBERMAN IN
SUPPORT OF APPLICATION

1       8.     To the best of my knowledge, no one within EC generally is a relative of the

2   Honorable Peter Carroll.

3       9.     Subject to Court approval and in accordance with the applicable provisions of the

4   Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee Guidelines

5   and the Local Bankruptcy Rules, EC will seek payment for real estate brokerage services at the

6   percentage rates set forth in the Application prepared by Madison in conjunction with the filing of

7   the proposed plan.  Such percentage rates are generally below those customarily charged by

8   similar brokers for such services.

9       10.    To the best of my knowledge, no commitments have been made or received by EC,

10  nor any employee thereof, to receive compensation or payment in connection with this Chapter 11

11  case, other than in accordance with the provisions of the Bankruptcy Code.  Moreover, except as

12  otherwise set forth regarding a co-brokerage sharing in which EC is not the procuring source of

13  the buyer, EC has agreed not to share with any person or firm the compensation to be paid for

14  professional services rendered in connection with this case.

15      I declare under penalty of perjury that the foregoing is true and correct.

16

17      EXECUTED on this _5th_ day of April 2011, in New York City, NY.

18

19

20                               Lipa Lieberman

21

22

23

24

25

26

27

28

*Bryan Cave LLP*
*120 Broadway, Suite 300*
*Santa Monica, California 90401 –*

Declaration Exhibit 2 - Page 46

VERIFIED STATEMENT OF LIPA LIEBERMAN IN
SUPPORT OF APPLICATION

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as ***VERIFIED STATEMENT OF LIPA LIEBERMAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 6, 2011*** will be served or was served in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***April 5, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***April 5, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
**BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| Honorable Peter Carroll | United States Trustee (LA) | **Debtor** |
| United States Bankruptcy Court | Attention: Russell Clementson | Nevada Star, LLC |
| 255 E Temple Street, | 725 S. Figueroa St. 26th Floor | c/o Claudia Raffone |
| Courtroom 1539 | Los Angeles, CA 90017 | 1401 Claridge Drive |
| Los Angeles, CA 90012 | | Beverly Hills, CA 90210 |

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
**BY EMAIL**

| | |
|---|---|
| Catherine A. Grad - cgrad@grad-weinraub.com | Attorney for Tenants of 114 West 86thSt. |
| Andrew S. Hersch - ahirsch@BernsteinRE.com | Potential Buyer |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>April 5, 2011</u> | Michael M. Mason | /s/ Michael M. Mason |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

822135.5

**F 9013-3.1.PROOF.SERVICE**

Declaration Exhibit 2 - Page 47

## Additional Service Information
## VIA NOTICE OF ELECTRONIC FILING (NEF)

Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
Thomas M. Geher (tmg@jmbm.com)
Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)
David L. Neale on behalf of Creditor Beys , Stein & Mobargha LLP (dln@lnbrb.com, kjm@lnbrb.com)
Sandor T. Boxer on behalf of Creditor Castle Oil Corporation (tedb@tedboxer.com)
Michael W. Tan on behalf of Creditor United States of America, IRS (michael.w.tan@irscounsel.treas.gov)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                           **F 9013-3.1.PROOF.SERVICE**
822135.5

Declaration Exhibit 2 - Page 48

## Miscellaneous:

2:10-bk-26188-PC Nevada Star, LLC.

Type: bk                    Chapter: 11 v              Office: 2 (Los Angeles)

Assets: y                   Judge: PC                  Case Flag: CONS,
                                                       JNTADMN, LEAD,
                                                       NoFeeRequired


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Katherine M Windler entered on 4/5/2011
at 12:28 PM PDT and filed on 4/5/2011
**Case Name:**      Nevada Star, LLC.
**Case Number:**    2:10-bk-26188-PC
**Document Number:** 268

**Docket Text:**
Declaration re: *Verified Statement of Lipa Lieberman In Support of Application for Order*
Filed by Creditor Madison Realty Capital LP (RE: related document(s)[267] Application
to Employ Eastern Consolidated as Real Estate Broker *for the Estate of Nevada Star,
LLC, Pursuant to Section 328(a) of the Bankruptcy Code Effective April 13, 2011*).
(Windler, Katherine)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Nevada Star- Verified Statement of Lipa Lieberman.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/5/2011] [FileNumber=44267115-0
] [2e5283783deb628bdfd20cf2dcf7eeb5d06be3f5a62fcc8f80a580e803ec5cafb9c
2e3a84f59c648a7c858e98d0a9feac38aa3afed245757b3caecce406b7f59]]

**2:10-bk-26188-PC Notice will be electronically mailed to:**

Brett A Axelrod on behalf of Creditor Fox Rothschild LLP
baxelrod@foxrothschild.com

Michael Jay Berger on behalf of Debtor Nevada Star, LLC.
michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com

Vivian Bodey on behalf of Plaintiff United States Of America
vivian.bodey@irscounsel.treas.gov

Sandor T Boxer on behalf of Creditor Castle OIl Corporation
tedb@tedboxer.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Thomas M Geher on behalf of Creditor Courtesy NEF
tmg@jmbm.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star,
LLC
lew@landaunet.com

Krikor J Meshefejian on behalf of Creditor Beys, Stein & Mobargha LLP
kjm@lnbrb.com

David L. Neale on behalf of Creditor Beys, Stein & Mobargha LLP
dln@lnbrb.com

R G Pagter on behalf of Creditor Henry Campbell
gibson@pagterandmiller.com,
pandm@pagterandmiller.com;pagterandmiller@yahoo.com

Michael W Tan on behalf of Creditor UNITED STATES OF AMERICA, IRS
michael.w.tan@irscounsel.treas.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Katherine M Windler on behalf of Creditor Madison Realty Capital LP
katherine.windler@bryancave.com

**2:10-bk-26188-PC Notice will not be electronically mailed to:**

Michael Jay Berger
9454 Wilshire Blvd, 9th fl
6th Floor
Beverly Hills, CA 90212-2929

Declaration Exhibit 2 - Page 50

Lewis R Landau

,

# EXHIBIT 3

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Katherine M. Windler, CA Bar 158899<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2105<br>Fax: 310-576-4105<br>katherine.windler@bryancave.com<br><br>*Attorney for* Madison Realty Capital LP | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Nevada Star, LLC | CHAPTER 11 |
|---|---|
| | CASE NUMBER 2:10-bk-26188 |
| Debtor. | (No Hearing Required) |

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*

1.    Name, address and telephone number of the professional ("the Professional") submitting this Statement:

    EASTERN CONSOLIDATED
    355 Lexington Avenue
    New York, New York 10017
    212-499-7700

2.    The services to be rendered by the Professional in this case are *(specify)*:

    Market and sell real property owned by certain of the Debtor and located at 114 West 86th Street in New York City, N.Y.
    (the "Property") as described by the sale contract attached to the proposed Second Amended Plan.

3.    The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    Broker's commission to be paid by the chapter 11 estate in connection with the marketing and a sale of the Property will be
    computed based upon two and one-tenth percent (2.1%) of the total sales price.  Such commission shall be paid to Broker
    at closing of the sale.  Broker shall only be entitled to a payment of a commission if a sale of the Property is approved by
    Court order entered and fully consummated prior to the calling of the sale of the Property in Madison's foreclosure action.  If
    a sale of the Property shall be effected by another licensed real estate broker, then Seller shall pay to Broker a commission
    equal to two and one-tenth percent (2.1%) of the total sales price. Eastern Consolidated shall pay the cooperating broker
    one and five one-hundredths percent (1.05%) of the total sales price minus expenses not to exceed $10,000.

4.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are
    *(specify)*:

    None.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 2014-1**

Statement of Disinterestedness for Employment of Professional Person - *Page 2*     **F 2014-1**

| In re  Nevada Star, LLC | CHAPTER  11 |
|---|---|
| Debtor. | CASE NUMBER  2:10-bk-26188 |

5.  The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

Reviewing the names of the creditors, reviewing the plan and disclosure statement.

6.  The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

None.

7.  The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows *(specify, attaching extra pages as necessary)*:

N/A

8.  The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.  The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.  The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.  The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

None.

12.  Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Lipa Lieberman, Director, EASTERN CONSOLIDATED, 355 Lexington Avenue, New York, New York 10017, 212-499-7700

13.  The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows *(specify, attaching extra pages as necessary)*:

N/A

14.  Total number of attached pages of supporting documentation: _0_____

15.  After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the _5th___ day of _April_____, 20_11___, at _New York, NY_____, California.

Lipa Lieberman
*Type Name of Professional*                                      *Signature of Professional*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 2014-1**

Declaration Exhibit 3 - Page 53

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as *__Statement of Disinterestedness for Employment of Professional Person__* will be served or was served in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *__April 5, 2011,__* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *__April 5, 2011,__* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| Honorable Peter Carroll | United States Trustee (LA) | **Debtor** |
| United States Bankruptcy Court | Attention: Russell Clementson | Nevada Star, LLC |
| 255 E Temple Street, | 725 S. Figueroa St. 26th Floor | c/o Claudia Raffone |
| Courtroom 1539 | Los Angeles, CA 90017 | 1401 Claridge Drive |
| Los Angeles, CA 90012 | | Beverly Hills, CA 90210 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *__Fill in Date Document is Filed,__* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**BY EMAIL**
Catherine A. Grad - cgrad@grad-weinraub.com              Attorney for Tenants of 114 West 86thSt.
Andrew S. Hersch - ahirsch@BernsteinRE.com              Potential Buyer

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 5, 2011 | Michael M. Mason | /s/ Michael M. Mason |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

822135.5

## Additional Service Information
## VIA NOTICE OF ELECTRONIC FILING (NEF)

Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
Thomas M. Geher (tmg@jmbm.com)
Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)
David L. Neale on behalf of Creditor Beys , Stein & Mobargha LLP (dln@lnbrb.com, kjm@lnbrb.com)
Sandor T. Boxer on behalf of Creditor Castle Oil Corporation (tedb@tedboxer.com)
Michael W. Tan on behalf of Creditor United States of America, IRS (michael.w.tan@irscounsel.treas.gov)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
822135.5

**F 9013-3.1.PROOF.SERVICE**

Declaration Exhibit 3 - Page 55

CM/ECF - U.S. Bankruptcy Court (v3.3.3 - LIVE)       Page 1 of 3
Case 2:10-bk-26188-PC   Doc 283   Filed 04/20/11   Entered 04/20/11 12:22:35   Desc
Main Document    Page 59 of 78

## Miscellaneous:

### 2:10-bk-26188-PC Nevada Star, LLC.

Type: bk          Chapter: 11 v          Office: 2 (Los Angeles)

Assets: y         Judge: PC          Case Flag: CONS,
                                               JNTADMN, LEAD,
                                               NoFeeRequired

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Katherine M Windler entered on 4/5/2011 at 12:33 PM PDT and filed on 4/5/2011

**Case Name:**        Nevada Star, LLC.

**Case Number:**     2:10-bk-26188-PC

**Document Number:** 269

**Docket Text:**
Declaration re: *Statement of Disinterestedness for Employment of Professional Person under F.R.B.P. 2014* Filed by Creditor Madison Realty Capital LP (RE: related document (s)[267] Application to Employ Eastern Consolidated as Real Estate Broker *for the Estate of Nevada Star, LLC, Pursuant to Section 328(a) of the Bankruptcy Code Effective April 13, 2011*). (Windler, Katherine)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Nevada Star- Statement of Disinterestedness.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/5/2011] [FileNumber=44267300-0
] [769e14181da903342c4fbd7a0b3bd8b9c8b016fe4e7316cfad7870b65393997a0aa
18efc018acff43d1a7749617217a4e0008b0d19b82440d40fd8d369990ae0]]

**2:10-bk-26188-PC Notice will be electronically mailed to:**

Brett A Axelrod on behalf of Creditor Fox Rothschild LLP
baxelrod@foxrothschild.com

Michael Jay Berger on behalf of Debtor Nevada Star, LLC.

michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com

Vivian Bodey on behalf of Plaintiff United States Of America
vivian.bodey@irscounsel.treas.gov

Sandor T Boxer on behalf of Creditor Castle OIl Corporation
tedb@tedboxer.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Thomas M Geher on behalf of Creditor Courtesy NEF
tmg@jmbm.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC
lew@landaunet.com

Krikor J Meshefejian on behalf of Creditor Beys, Stein & Mobargha LLP
kjm@lnbrb.com

David L. Neale on behalf of Creditor Beys, Stein & Mobargha LLP
dln@lnbrb.com

R G Pagter on behalf of Creditor Henry Campbell
gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com

Michael W Tan on behalf of Creditor UNITED STATES OF AMERICA, IRS
michael.w.tan@irscounsel.treas.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Katherine M Windler on behalf of Creditor Madison Realty Capital LP
katherine.windler@bryancave.com

**2:10-bk-26188-PC Notice will not be electronically mailed to:**

Michael Jay Berger
9454 Wilshire Blvd, 9th fl
6th Floor
Beverly Hills, CA 90212-2929

Lewis R Landau

,

# EXHIBIT 4

**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:      (310) 576-2100
Facsimile:       (310) 576-2200
Email:           katherine.windler@bryancave.com

Attorneys for Madison Realty Capital LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:10-bk-26188-PC (Lead Case) |
| | Administratively Consolidated with Case No. 2:10-bk-27683-PC |
| NEVADA STAR, LLC, | Hon. Peter Carroll |
| Debtor. | Chapter 11 |
| Tax ID / EIN: 68-0658426 | **NOTICE OF APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011** |
| In re | |
| CLAUDIA RAFFONE, | |
| Debtor. | Local Bankr. Rule 9013-1(o)(1) |
| | No Hearing Set |

TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, ITS COUNSEL

OF RECORD, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED

CREDITORS AND ALL INTERESTED PARTIES:

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS831879.1

Declaration Exhibit 4 - Page 59

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE THAT that Madison Realty Capital, L.P. ("Madison"), a prepetition creditor of Nevada Star, LLC ("Debtor"), hereby makes this application ("Application") to the Court for an order authorizing and approving the employment of Eastern Consolidated as broker for the chapter 11 bankruptcy estate, as required by the Second Amended Disclosure Statement ("Disclosure Statement") describing Second Amended Chapter 11 Plan of Liquidation ("Plan") proposed by Madison.

This Application is being filed on notice with opportunity for hearing.

The Application is based on the facts that the Plan and Disclosure Statement filed by Madison require the engagement of a broker, and that creditors other than Madison have selected Eastern Consolidated as their broker of choice to market and sell the real property that is at issue in the Debtor's case.

**PLEASE TAKE FURTHER NOTICE THAT the Application seeks specifically to bind the Plan administrator, if appointed, to the terms and conditions of the employment of Eastern Consolidated as the broker for the post petition estate of the Debtor.**

The Application is based on this notice, the points and authorities set forth in the accompanying Application, the papers and records in this case, and any evidence and argument presented at the hearing on the Application, if any is required by the Court

Local Bankruptcy Rule 9013-1(o)(1) requires that any response and request for hearing must be filed with the court and served on Madison's counsel and the United States trustee within fourteen (14) days after the date of service of the notice.

If any party wishes to receive a copy of the Application, one can be requested by writing to Madison's counsel at the address in the upper left hand corner of the first page of this notice or by email at katherine.windler@bryancave.com.

BRYAN CAVE LLP

*/s/ Katherine M. Windler*
Katherine M. Windler
Attorney for Madison Realty Capital, L.P.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS831879.1

i

NOTICE OF APPLICATION FOR ORDER ON
EMPLOYMENT OF REAL ESTATE BROKER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as  ***NOTICE OF APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011*** will be served or was served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***April 5, 2011****,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***April 5, 2011****,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY OVERNIGHT MAIL**

| | | |
|---|---|---|
| Honorable Peter Carroll | United States Trustee (LA) | **Debtor** |
| United States Bankruptcy Court | Attention: Russell Clementson | Nevada Star, LLC |
| 255 E Temple Street, Courtroom 1539 | 725 S. Figueroa St. 26th Floor | c/o Claudia Raffone |
| Los Angeles, CA 90012 | Los Angeles, CA 90017 | 1401 Claridge Drive |
| | | Beverly Hills, CA 90210 |

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**BY EMAIL**

| | |
|---|---|
| Catherine A. Grad - cgrad@grad-weinraub.com | Attorney for Tenants of 114 West 86thSt. |
| Andrew S. Hersch - ahirsch@BernsteinRE.com | Potential Buyer |

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 5, 2011 | Michael M. Mason | /s/ Michael M. Mason |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Additional Service Information
## VIA NOTICE OF ELECTRONIC FILING (NEF)

Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
Thomas M. Geher (tmg@jmbm.com)
Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)
David L. Neale on behalf of Creditor Beys , Stein & Mobargha LLP (dln@lnbrb.com, kjm@lnbrb.com)
Sandor T. Boxer on behalf of Creditor Castle Oil Corporation (tedb@tedboxer.com)
Michael W. Tan on behalf of Creditor United States of America, IRS (michael.w.tan@irscounsel.treas.gov)

### VIA US MAIL

Vernon & Ginsburg, LP
Attn: Mel Ginsburg, Partner
261 Madison Avenue, 26th Floor
New York, NY 10016-2306

Chase
National Payment Services
PO Box 182223
Dept. OH1-1272
Columbus, OH 43218-2223

Kleinberg, Kaplan, Wolff & Cohen
551 Fifth Avenue, 18th Floor
New York, NY 10176

Michael J. DiMattia
McGuireWoods
1345 Avenue of the Americas
New York, NY 10105-0003

Ntl Crdt Sys
117 E. 24th St.
New York, NY 10010

NYC Department of Finance
PO Box 92
New York, NY 10008-0092

NYC Dept. of Environmental
Protection
c/o NYC Water Board
PO Box 410
Church Street Station
New York, NY 10008-0410

Paul Michael Marketing
18609 Union Tpke
Flushing, NY 11366

Ponichtera Contracting
6 Driftwood Drive
Parlin, NJ 08859

Fred Smith Plumbing
1674 First Avenue
New York, NY 10128-4853

Nevada Star LLC
New York City Dept of Finance
345 Adams St., 3rd Floor
New York, NY 11201-3719

Altman Electric
283 West 11th Street
New York, NY 10014

Broadway Premium Funding
Schmutter, Strull, Fleisch Inc.
80 Maiden Lane
New York, NY 10038

Caler, Donten, Levine, Porter, Veil
505 S. Flagler Drive, Suite 900
West Palm Beach, FL 33401

Consolidated Boiler Service
1416 Ferris Place
Bronx, NY 10461

Porcelain Refinishing Corp.
199-05 32nd Avenue
Flushing, NY 11358

Rick Kramer Architects
12 Palisade Street
Dobbs Ferry, NY 10522

Verizon
PO Box 1100
Albany, NY 12250

Gary Filsinger
114 West 86th Street, #01A
New York, NY 10024

Kenneth Lockhart
114 West 86th Street, #07B
New York, NY 10024

Marieke Wierda
114 West 86th Street, #12C
New York, NY 10024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

831903.1

Sandra Pettit
114 West 86th Street, #01B
New York, NY 10024

Robert Briggs
114 West 86th Street, #01C
New York, NY 10024

Gloria Mehler
114 West 86th Street, #02A
New York, NY 10024

Nancy Kazanjian
114 West 86th Street, #02B
New York, NY 10024

Gerhard Teicht
114 West 86th Street, #02C
New York, NY 10024

Bernard Schieber
114 West 86th Street, #03A
New York, NY 10024

Rene Suarez-Barrio
114 West 86th Street, #03C
New York, NY 10024

Peter Salwen
114 West 86th Street, #04A
New York, NY 10024

William Nicholson &
Caroline Hatchett
114 West 86th Street, #04B
New York, NY 10024

Meredith Hawkins
114 West 86th Street, #05A
New York, NY 10024

Kristen Gengaro
114 West 86th Street, #05B
New York, NY 10024

Donald German
114 West 86th Street, #07C
New York, NY 10024

Timothy & Alison Mainard
114 West 86th Street, #08A
New York, NY 10024i

Alfred & Claudia Arioli
114 West 86th Street, #08B
New York, NY 10024

Susan Roth
114 West 86th Street, #08C
New York, NY 10024

Jacqueline Black &
Cristina Lombardo
114 West 86th Street, #09A
New York, NY 10024

Zoraya Aguilar
114 West 86th Street, #09B
New York, NY 10024

Amy Smith
114 West 86th Street, #09C
New York, NY 10024

Helen Cole Graves
114 West 86th Street, #10A
New York, NY 10024

William Blanchard &
Raymond DeBaene
114 West 86th Street, #10B
New York, NY 10024

Steven Eidelberg
114 West 86th Street, #10C
New York, NY 10024

Joseph Getz
114 West 86th Street, #11A
New York, NY 10024

Ferit Hoxha
114 West 86th Street, #14A
New York, NY 10024

Krzysztof Mitkiewicz
114 West 86th Street, #14B
New York, NY 10024

Doris Fine
114 West 86th Street, #14C
New York, NY 10024

Julie Stevens
114 West 86th Street, #15A
New York, NY 10024

Andrew Veissid
114 West 86th Street, #15B
New York, NY 10024

Brenda Mazzara
114 West 86th Street, #15C
New York, NY 10024

Michael Veissid
114 West 86th Street, #16A
New York, NY 10024

Minnie Goka
114 West 86th Street, #16B
New York, NY 10024

Curtis Campaigne
114 West 86th Street, #16C
New York, NY 10024

Margaret & Cary O'Neill
114 West 86th Street, #17A
New York, NY 10024

Myron Brender
114 West 86th Street, #17B
New York, NY 10024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
831903.1

**F 9013-3.1.PROOF.SERVICE**

Declaration Exhibit 4 - Page 63

Elizabeth Schulzinger
114 West 86th Street, #05C
New York, NY 10024

John Schreiber
114 West 86th Street, #11B
New York, NY 10024

Jill Bishins
114 West 86th Street, #17C
New York, NY 10024

Robert Anderson
114 West 86th Street, #06A
New York, NY 10024

Robert Ankner
114 West 86th Street, #11C
New York, NY 10024

Amy Weinblum
114 West 86th Street, #06C
New York, NY 10024

Larry Kahn & Wendy Caplin
114 West 86th Street, #12A
New York, NY 10024

Joy Pereths
114 West 86th Street, #07A
New York, NY 10024

Steven Kavee
114 West 86th Street, #12B
New York, NY 10024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
831903.1

Declaration Exhibit 4 - Page 64

## File a Notice:

2:10-bk-26188-PC Nevada Star, LLC.

Type: bk                    Chapter: 11 v              Office: 2 (Los Angeles)
Assets: y                   Judge: PC                  Case Flag: CONS,
                                                       JNTADMN, LEAD,
                                                       NoFeeRequired


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Katherine M Windler entered on 4/5/2011
at 12:37 PM PDT and filed on 4/5/2011
**Case Name:**          Nevada Star, LLC.
**Case Number:**        2:10-bk-26188-PC
**Document Number:** 270

**Docket Text:**
Notice of motion/application *For Order Authorizing and Approving the Employment of
Eastern Consolidated as Real Estate Broker for the Estate of Nevada Star, LLC,
Pursuant to Section 328(a) of the Bankruptcy Code Effective April 13, 2011* Filed by
Creditor Madison Realty Capital LP (RE: related document(s)[267] Application to
Employ Eastern Consolidated as Real Estate Broker *for the Estate of Nevada Star, LLC,
Pursuant to Section 328). (Windler, Katherine)*

*The following document(s) are associated with this transaction:*

**Document description:***Main Document*
**Original filename:***C:\fakepath\Nevada Star- Notice of Application to Employ.pdf*
**Electronic document Stamp:**
*[STAMP bkecfStamp_ID=1106918562 [Date=4/5/2011] [FileNumber=44267429-0
] [afaae72f2ce6a9e7a3e97af76580f995edbdf2497b4dfbfab0c566fe4d9dc27328b
0bd4255e8df8bd9d6241ffa69d961b8ed02330748c33340bd287cd563e16a]]*

**2:10-bk-26188-PC Notice will be electronically mailed to:**

*Brett A Axelrod on behalf of Creditor Fox Rothschild LLP
baxelrod@foxrothschild.com*

*Michael Jay Berger on behalf of Debtor Nevada Star, LLC.*
*michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com*

*Vivian Bodey on behalf of Plaintiff United States Of America*
*vivian.bodey@irscounsel.treas.gov*

*Sandor T Boxer on behalf of Creditor Castle OIl Corporation*
*tedb@tedboxer.com*

*Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)*
*russell.clementson@usdoj.gov*

*Thomas M Geher on behalf of Creditor Courtesy NEF*
*tmg@jmbm.com*

*Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC*
*lew@landaunet.com*

*Krikor J Meshefejian on behalf of Creditor Beys, Stein & Mobargha LLP*
*kjm@lnbrb.com*

*David L. Neale on behalf of Creditor Beys, Stein & Mobargha LLP*
*dln@lnbrb.com*

*R G Pagter on behalf of Creditor Henry Campbell*
*gibson@pagterandmiller.com,*
*pandm@pagterandmiller.com;pagterandmiller@yahoo.com*

*Michael W Tan on behalf of Creditor UNITED STATES OF AMERICA, IRS*
*michael.w.tan@irscounsel.treas.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Katherine M Windler on behalf of Creditor Madison Realty Capital LP*
*katherine.windler@bryancave.com*

**2:10-bk-26188-PC Notice will not be electronically mailed to:**

*Michael Jay Berger*
*9454 Wilshire Blvd, 9th fl*
*6th Floor*

Declaration Exhibit 4 - Page 66

*Beverly Hills, CA 90212-2929*

*Lewis R Landau*
,

# EXHIBIT 5

1
**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
2 120 Broadway, Suite 300
Santa Monica, California  90401-2386
3 Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
4 Email:        katherine.windler@bryancave.com

5
Attorneys for Madison Realty Capital LP
6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

11 | In re | Case No.  2:10-bk-26188-PC (Lead Case)

12 | | Administratively Consolidated with Case No.
2:10-bk-27683-PC
13 | NEVADA STAR, LLC, |

14 | | Hon. Peter Carroll

15 | Debtor. | Chapter 11

16 | Tax ID / EIN: 68-0658426 | **ORDER GRANTING:**

17 | | **APPLICATION FOR ORDER
AUTHORIZING AND APPROVING THE
18 | | EMPLOYMENT OF EASTERN
CONSOLIDATED AS REAL ESTATE
19 | In re | BROKER FOR THE ESTATE OF NEVADA
STAR, LLC PURSUANT TO SECTION
20 | CLAUDIA RAFFONE, | 328 (a) OF THE BANKRUPTCY CODE
EFFECTIVE APRIL 13, 2011**
21 | Debtor. |
Local Bankr. Rule 9013-1(o)(1)
22 |

23 | | No Hearing Set

24          This matter came before the Court pursuant to the "Application For Order Authorizing

25 And Approving The Employment Of Eastern Consolidated As Real Estate Broker For The Estate

26 Of Nevada Star, LLC Pursuant To Section 328 (a) of the Bankruptcy Code Effective April 13,

27 2011," (the "Broker Application") filed by Madison Realty Capital, L.P. ("Madison"), a

28

SM01DOCS833971.1

ORDER GRANTING EMPLOYMENT OF EASTERN
CONSOLIDATED AS REAL ESTATE BROKER

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1    prepetition creditor of Nevada Star, LLC ("Debtor").  The Broker Application seeks to cause a

2    broker to be appointed for the chapter 11 estate of the Debtor in the above-referenced jointly-

3    administered Chapter 11 case.  Based upon the Broker Application and the Verified Statement of

4    Lipa Lieberman (the "Statement") filed contemporaneously therewith; and due and adequate

5    notice of the Broker Application having been given sufficiently in light of the circumstances of

6    this case; and it appearing that no other notice need be given; and it appearing that Eastern

7    Consolidated neither holds nor represents any interest adverse to the Debtor's estate and is

8    "disinterested" as that term is defined in Section 101(14) of the Bankruptcy Code; and it appearing

9    that the relief requested in the Broker Application is in the best interest of the Debtor's estate and

10   their creditors; after due deliberation and sufficient cause appearing therefor,

11          IT IS HEREBY ORDERED that the Broker Application is granted; and

12          IT IS FURTHER ORDERED that, in accordance with Section 328(a) of the Bankruptcy

13   Code, the chapter 11 estate of the Debtor is hereby authorized to employ and retain Eastern

14   Consolidated and its sales director, Lipa Lieberman, as real estate broker on the terms and

15   conditions set forth in the Broker Application; and

16          IT IS FURTHER ORDERED that Eastern Consolidated and Lipa Lieberman shall be

17   compensated in accordance with the procedures set forth in Sections 330 and 331 of the

18   Bankruptcy Code and Bankruptcy Rule 2016(a), and such procedures as may be fixed by order of

19   this Court; and

20          IT IS FURTHER ORDERED that this Court shall retain jurisdiction with respect to all

21   matters arising or related to the implementation of this Order.

                                        ###

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS833971.1

- 2 -

ORDER GRANTING EMPLOYMENT OF EASTERN
CONSOLIDATED AS REAL ESTATE BROKER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as ***ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011*** will be served or was served in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***April 20, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***April 20, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| BY OVERNIGHT MAIL | | BY US MAIL |
|---|---|---|
| Honorable Peter Carroll | United States Trustee (LA) | **Debtor** |
| United States Bankruptcy Court | Attention: Russell Clementson | Nevada Star, LLC |
| 255 E Temple Street, Courtroom 1539 | 725 S. Figueroa St. 26th Floor | c/o Claudia Raffone |
| Los Angeles, CA 90012 | Los Angeles, CA 90017 | 1401 Claridge Drive |
| | | Beverly Hills, CA 90210 |

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***April 20, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2011 | Michael M. Mason | /s/ Michael M. Mason |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  ***ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ʙ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *April 4, 2011*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

  Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
  Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
  United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
  Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
  R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
  Thomas M. Geher (tmg@jmbm.com)
  Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)
  David L. Neale on behalf of Creditor Beys , Stein & Mobargha LLP (dln@lnbrb.com, kjm@lnbrb.com)
  Sandor T. Boxer on behalf of Creditor Castle Oil Corporation (tedb@tedboxer.com)
  Michael W. Tan on behalf of Creditor United States of America, IRS (michael.w.tan@irscounsel.treas.gov)

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
**Debtor**
Nevada Star, LLC
c/o Claudia Raffone
1401 Claridge Drive
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9021-1.1.NOTICE.ENTERED.ORDER**



**Bankruptcy LODGED ORDER UPLOAD FORM**

Wednesday, April 20, 2011

[ Upload Again ]

CONFIRMATION :

You've successfully uploaded the order:
( **215126.doc** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Nevada Star, LLC.
- **Case Number**: 10-26188
- **Judge Initial**: PC
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 267
- **On Date**: 04/20/2011 @ 11:13 AM

Please print 🖶 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

Declaration Exhibit 5 - Page 72

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**120 Broadway, Suite 300, Santa Monica, CA 90401**

A true and correct copy of the foregoing document described as ***DECLARATION OF KATHERINE WINDLER IN SUPPORT OF ENTRY OF ORDER GRANTING:APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF EASTERN CONSOLIDATED AS REAL ESTATE BROKER FOR THE ESTATE OF NEVADA STAR, LLC PURSUANT TO SECTION 328 (a) OF THE BANKRUPTCY CODE EFFECTIVE APRIL 13, 2011*** will be served or was served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***April 20, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  Michael Jay Berger on behalf of Debtor Claudia Raffone (michael.berger@bankruptcypower.com);
  Russell Clementson on behalf of U.S. Trustee United States Trustee (LA) (russell.clementson@usdoj.gov);
  United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov.)
  Lewis R Landau on behalf of Creditor Committee Creditors Committee of Nevada Star, LLC (lew@landaunet.com),
  R G Pagter on behalf of Creditor Henry Campbell (gibson@pagterandmiller.com, pandm@pagterandmiller.com;
  Thomas M. Geher (tmg@jmbm.com)
  Brett A. Axelrod on behalf of Fox Rothschild LLP (baxelrod@foxrothschild.com, mrustia@foxrothschild.com)
  David L. Neale on behalf of Creditor Beys , Stein & Mobargha LLP (dln@lnbrb.com, kjm@lnbrb.com)
  Sandor T. Boxer on behalf of Creditor Castle Oil Corporation (tedb@tedboxer.com)
  Michael W. Tan on behalf of Creditor United States of America, IRS (michael.w.tan@irscounsel.treas.gov)
  ☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***April 20, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| BY OVERNIGHT MAIL | | BY US MAIL |
|---|---|---|
| Honorable Peter Carroll | United States Trustee (LA) | **Debtor** |
| United States Bankruptcy Court | Attention: Russell Clementson | Nevada Star, LLC |
| 255 E Temple Street, Courtroom | 725 S. Figueroa St. 26th Floor | c/o Claudia Raffone |
| 1539 | Los Angeles, CA 90017 | 1401 Claridge Drive |
| Los Angeles, CA 90012 | | Beverly Hills, CA 90210 |

  ☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

  ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2011 | Michael M. Mason | /s/ *Michael M. Mason* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**
831717.2